IN THE UNITED STATES BANKRUPTCY COURT
FOR THE FEDERAL DISTRICT OF PUERTO RICO

| | |
|---|---|
| JUAN RUIZ VALENTÍN | CASE NO. 16-06206 |
| DEBTOR | CHAPTER 11 |

STIPULATION AND AGREEMENT OF VOLUNTARY
SURRENDER OF SHARES AND SAVINGS

TO THE HONORABLE COURT:

COMES NOW, debtor and secured creditor, Cooperativa de Ahorro y Crédito de Rincón, through its undersigned counsels, and most respectfully inform this Honorable Court that they have reached the following stipulation and agreement:

1) It is HEREBY STIPULATED AND AGREED by and between Mr. Juan Ruiz Valentín ("Debtor") and Cooperativa de Ahorro y Crédito de Rincón ("Secured Creditor") that:

a. Debtor in the instant case is indebted to secured creditor, as a result of a mortgage loan granted to debtor.

b. As a matter of fact, the mortgage loan granted to debtor is also secured by its accumulated savings and shares.

c. At the time petition was filed, Debtor was indebted to Secured Creditor in the amount of **$147,695.06**.

d. The aforementioned debt is secured by the mortgage and by its accumulated savings and shares in the amount of **$14,246.40**.

2) THEREFORE, Debtor, by the present stipulation and agreement hereby consent to VOLUNTARILY SURRENDER to the Secured Creditor its accumulated savings and shares in the amount of **$14,246.40**.

3) On the other hand, Secured Creditor hereby request that the balance of **$133,448.66** be considered and allowed as a secured claim in the instant case.

4) Debtor hereby acknowledge that he has read and understand this Agreement and have voluntarily entered into this Stipulation without threat or promise by the Secured Creditor, Trustee or its members, employees or agents.

**WHEREFORE**, it is most respectfully prayed to this Honorable Court to enter an order approving this stipulation and agreement.

**PLEASE TAKE NOTICE** that within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerks office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this same date I electronically filed the above document with the Clerk using the CM/ECF System which automatically serves notification of such filing to all parties in the above captioned case.

**RESPECTFULLY SUBMITTED.**

**STIPULATED AND AGREED BY:**

/s/ Gloria Justiniano
GLORIA JUSTINIANO IRIZARRY
Debtor's Attorney
Ensanche Martínez
8 Calle A. Ramírez Silva
Mayagüez, P.R. 00680

DATE:    August 23, 2016

/s/María Cristina Mayoral-Maldonado
MCM LAW FIRM, LLC
USDC-PR 222406
Counsel for Cooperativa de Ahorro
y Crédito de Rincón
P. O. Box 277
Mayagüez, P. R. 00681
Tel.(787) 265-0334
Fax (787) 986-0334
E-mails: mcm@mcmlawpr.com
         mcmayoral@mcmlawpr.com

2



# COOPERATIVA DE AHORRO Y CRÉDITO DE RINCÓN
## P.O. BOX 608, RINCÓN, P.R. 00677-0608
### TEL. (787)823-2735   FAX (787)823-2727
### www.cooprincon.com

### CERTIFICACIÓN DE DEUDA
### PRESTAMO HIPOTECARIO/AUTO

CASO NÚMERO: 16-06206          JUEZ: BKT          CAPÍTULO: 11

NOMBRE DEL SOCIO: ___JUAN RUIZ VALENTIN___          NÚMERO DE SOCIO: 13486

SOLICITANTE ADICIONAL: GUMERCINDA RIVERA MONTALVO

TIPO DE PRÉSTAMO: HIPOTECARIO

| | |
|---|---|
| BALANCE ADEUDADO: | $ 146,814.93 |
| INTERESES VENCIDOS A FECHA DE RADICACIÓN: | $ 1,043.88 |
| RECARGOS VENCIDOS A FECHA DE RADICACIÓN: | $ 0.00 |
| TOTAL: | $ 147,695.06 |

ATRASOS ANTES DE RADICAR PETICIÓN:     $ 1,179.47     ( 1 Pago/s)

ATRASOS DESPUÉS DE LA RADICACIÓN:     $ 0.00     ( 0 Pago/s)

Pago Mensual: $1,137.72     Escrow Mensual: $41.75     Recargo Mensual: $56.89

| ACCIONES | $ 14,246.40 |
|---|---|
| DEPOSITOS | $ 0.00 |
| TOTAL | $ 14,246.40 |

CERTIFICO QUE LA INFORMACIÓN QUE ANTECEDE ES CIERTA Y LA MISMA ESTA
CONFORME CON LOS EXPEDIENTES QUE OBRAN EN NUESTRO PODER.

ADJUNTO COPIA: ☐SOLICITUD ☐PAGARÉ ☐CARTA DE RADICACIÓN ☐ESCRITURA ☐ASIENTO ☐TITULO ☐CRIM

11 DE AGOSTO DE 2016
FECHA

ZAIDALIN MATIAS
FIRMA AUTORIZADA

134/86

--------------------------------------------------PAGARE--------------------------------------------------

----VALOR: $180,000.00--------------------------------------------------

----VENCIMIENTO: TRESCIENTOS SESENTA (360) MESES--------------------------------------------------

----DEBEMOS Y PAGAREMOS a la Cooperativa de Ahorro y Crédito de Rincón, o a su orden, en la fecha antes mencionada la suma de CIENTO OCHENTA MIL DOLARES ($180,000.00) en moneda legal de los Estados Unidos de América, valor recibido por los suscribientes a su entera satisfacción en esta ciudad de Rincón, Puerto Rico.--------------------------------------------------

----NOS obligamos a pagar intereses a razón del SEIS PUNTO CINCUENTA POR CIENTO (6.50%) ANUAL a partir de esta fecha y hasta su total pago, reservándonos, no obstante, el derecho a satisfacer el principal adeudado en cualquier fecha antes de su vencimiento, sin pago de penalidad de clase alguna excepto la establecida en este pagaré.--------------------------------------------------

----La cantidad adeudada será pagada en trescientos cincuenta y nueve (359) pagos mensuales por la suma de MIL CIENTO TREINTA Y SIETE DOLARES CON SETENTA Y DOS CENTAVOS ($1,137.72) cada uno y un último pago por la cantidad de MIL CIENTO CUARENTA DOLARES CON CUARENTA Y UN CENTAVOS ($1,140.41).--------------------------------------------------

----En caso de reclamación judicial, nos obligamos al pago de un crédito adicional por la cantidad de DIECIOCHO MIL DÓLARES ($18,000.00) para costas, gastos y honorarios de abogado, cuya suma será líquida y exigible con la sola presentación de la demanda, y en tal caso nos sometemos a la jurisdicción del Tribunal Superior de Puerto Rico, Sala de Aguadilla.--

----Se renuncia por la presente, los derechos de presentación, protesta, demanda y aviso.--------

----El uso del plural en esta obligación se entenderá singular cuando haya sido firmada por una sola persona y cuando haya sido firmada por más de una persona la obligación de pago será solidaria de todos los firmantes.--------------------------------------------------

----Si, dentro de cinco (5) años desde la fecha de este Pagaré, los suscribientes saldan la totalidad de la deuda en cualquier período de doce (12) meses comenzando con la fecha de este Pagaré o la de sus aniversarios (año del préstamo) con dinero prestados a los suscribientes por un prestador que no sea el tenedor del presente, los suscribientes pagarán al tenedor del presente (a) durante el primer (1er) año del préstamo tres (3%) porciento, segundo (2do.) y tercer (3er.) año del préstamo dos porciento (2%) de la cuantía del total de la deuda (b) durante los cuartos y quintos años del préstamo uno porciento (1%) de la cuantía del total de la deuda.--------------------------------------------------

----ESTE Pagaré está garantizado con una hipoteca sobre propiedad inmueble, constituida según consta de Escritura número ciento cincuenta y dos (152) otorgada en esta misma fecha ante el Notario que suscribe.--------------------------------------------------

----EN TESTIMONIO DE LO CUAL, suscribo la presente en Rincón, Puerto Rico; hoy día doce (12) del mes de mayo de dos mil cinco (2005).--------------------------------------------------

JUAN RUIZ VALENTÍN quien comparece por sí y en representación de GUMERSINDA RIVERA MONTALVO

----TESTIMONIO NUMERO: 18,259--------------------------------------------------

----En esta misma fecha comparecen ante mí JUAN RUIZ VALENTIN, Seguro Social número          y GUMERSINDA RIVERA MONTALVO, Seguro Social número          , ambos mayores de edad, casados entre sí, comerciante y ama de casa respectivamente, vecinos y residentes de Rincón, Puerto Rico y se hace constar que JUAN RUIZ VALENTÍN comparece por sí y en representación de su esposa GUMERSINDA RIVERA MONTALVO según consta en la escritura número doscientos setenta (270) sobre Poder General otorgada en la ciudad de Mayagüez, Puerto Rico el día quince (15) de octubre de mil novecientos setenta y seis (1976) ante el Notario Público Roberto M. García Quilán, hoy día doce (12) de mayo de dos mil cinco (2005).--------------------------------------------------

DOMINGO R. ACEVEDO BAYRÓN
NOTARIO PUBLICO