**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Juan Ruiz  Valentin** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number | **16-06206** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:**    **Summarize Your Assets**

|  | **Your assets**<br>Value of what you own |
|---|---|
| 1.   **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B........................................... | $    **10,210,760.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B................................. | $    **2,425,378.40** |
| 1c. Copy line 63, Total of all property on Schedule A/B........................................... | $    **12,636,138.40** |

**Part 2:**    **Summarize Your Liabilities**

|  | **Your liabilities**<br>Amount you owe |
|---|---|
| 2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $    **9,013,158.60** |
| 3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $    **23,017.56** |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $    **1,788,535.83** |
| **Your total liabilities** | $    **10,824,711.99** |

**Part 3:**    **Summarize Your Income and Expenses**

|  |  |
|---|---|
| 4.   *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................. | $    **16,545.00** |
| 5.   *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................ | $    **11,360.00** |

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor 1   **Juan Ruiz  Valentin**                                      Case number *(if known)*  **16-06206**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

    $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 23,017.56 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 23,017.56 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Juan Ruiz  Valentin** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number | **16-06206** |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

---

1.1

**Ensenada Ward,**
Street address, if available, or other description

Rincon          PR       00677-0000
City             State    ZIP Code

Rincon
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property #1 Residence of 3 bedrooms and 2 bathroom  This is property; #935 Registered at page 51 of Volume 26 of Rincon, PR. Rural lot 1262.15 sqm. (This is the residence of debtors ex spouse) Value $200,000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $100,000.00 | $100,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

Debtor 1  **Juan Ruiz  Valentin**                                      Case number *(if known)*  **16-06206**

---

1.2  **If you own or have more than one, list here:**

**Llanos Costas Ward**
Street address, if available, or other description

**Rincon**           **PR**    **00677-0000**
City                 State     ZIP Code

**Rincon**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property #2 Building**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$150,000.00** | **$150,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

- ☐ **Check if this is community property** (see instructions)

---

1.3  **If you own or have more than one, list here:**

**Calvache Ward**
Street address, if available, or other description

**Rincon**           **PR**    **00677-0000**
City                 State     ZIP Code

**Rincon**
County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property #3 Residence and rural lot of 2625.0462 "metros" , Rincon, PR. Property #5323 Registered at Page 185 Tomo 110 Rincon,PR Value: $250,000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$125,000.00** | **$125,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

- ☐ **Check if this is community property** (see instructions)

---

Debtor 1     **Juan Ruiz  Valentin**                                          Case number *(if known)*   **16-06206**

**If you own or have more than one, list here:**

1.4

**Puesta del Sol Condominium**
**Apt. A-1**

Street address, if available, or other description

| | | |
|---|---|---|
| **Rincon** | **PR** | **00677-0000** |
| City | State | ZIP Code |

**Rincon**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☑ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property #4  Apartment of 2 bdrooms and 1 bathroom (This is debtors residence)(The debtor is owner of 50% of the property. The other 50% belongs to debtor' spouse Gumersinda Rivera Montalvo Value$125000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$62,500.00** | **$62,500.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.5

**Puesta del Sol Condominium**
**Apt. E-13**

Street address, if available, or other description

| | | |
|---|---|---|
| **Rincon** | **PR** | **00677-0000** |
| City | State | ZIP Code |

**Rincon**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☑ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property #5  Apartment of 2 bdrooms and 1 bathroom  (The debtor is owner of 50% of the property. The other 50% belongs to debtor' spouse Gumersinda Rivera Montalvo Value$125000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$62,500.00** | **$62,500.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1     **Juan Ruiz  Valentin**                                                     Case number *(if known)*   __16-06206__

---

1.6   **If you own or have more than one, list here:**

**Caguabo Ward**

Street address, if available, or other description

| | | |
|---|---|---|
| **Anasco** | **PR** | **00610-0000** |
| City | State | ZIP Code |

**Anasco**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property #A Farm of 11.41 cuerdas (The debtor is owner of 50% of the property. The other 50% belongs to debtor' spouse Gumersinda Rivera Montalvo Value$136,920**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$68,460.00** | **$68,460.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

---

1.7   **If you own or have more than one, list here:**

**Sea beach Colony**
**Lot #8**

Street address, if available, or other description

| | | |
|---|---|---|
| **Rincon** | **PR** | **00677-0000** |
| City | State | ZIP Code |

**Rincon**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property #AA**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$260,000.00** | **$260,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor 1    **Juan Ruiz  Valentin**                                                    Case number *(if known)*    **16-06206**

---

**If you own or have more than one, list here:**

1.8

**Rd. #2 km. 146,**
**Abajo Ward**
_____
Street address, if available, or other description

**Rincon**          **PR**    **00677-0000**
_____
City               State   ZIP Code

**Rincon**
_____
County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

**Property #AB: Rural lot   (14.0 cds y 18.4275 cds)**

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the**         **Current value of the**
**entire property?**              **portion you own?**
  **$133,760.00**                   **$133,760.00**

**Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.**

_____

☐ **Check if this is community property**
     (see instructions)

---

**If you own or have more than one, list here:**

1.9

**Anasco Abajo Ward Anasco**
_____
Street address, if available, or other description

**Anasco**          **PR**    **00610-0000**
_____
City               State   ZIP Code

**Anasco**
_____
County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

**Property #AC: Rural Property of 41.398 "cuerdas", PR Property Registered
at Page 130 and 136 of Volume 124 of Anasco, PR Value: $400,000**

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the**         **Current value of the**
**entire property?**              **portion you own?**
  **$200,000.00**                   **$200,000.00**

**Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.**

_____

☐ **Check if this is community property**
     (see instructions)

---

Debtor 1  **Juan Ruiz  Valentin**                                    Case number *(if known)*  **16-06206**

**1.10**

**If you own or have more than one, list here:**

**Bo. Calvache,**
_____
Street address, if available, or other description

**Rincon**            **PR**    **00677-0000**
_____
City                   State        ZIP Code

**Rincon**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property #B Farm of 5 cuerdas in  Rincon, PR (The debtor is owner of 50% of the property. The other 50% belongs to debtor' spouse Gumersinda Rivera Montalvo Value$60000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$30,000.00** | **$30,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

**1.11**

**If you own or have more than one, list here:**

**Anasco Arriba Caracol y Maria**
_____
Street address, if available, or other description

**Anasco**            **PR**    **00610-0000**
_____
City                   State        ZIP Code

**Anasco**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property #C Rural lot of 254 "cuerdas"  , Anasco, PR Property Registered at Page 130 and 136 at Tomo 134 of Anasco. (This property is used for Hay) Value $2,540,000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,270,000.0 0** | **$1,270,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1  **Juan Ruiz  Valentin**                              Case number *(if known)*   **16-06206**

---

**1.1
2**

**If you own or have more than one, list here:**

**Bo. Mani of Mayaguez
around of Western shopping Center**
_____
Street address, if available, or other description

**Mayaguez**          **PR**     **00680-0000**
_____
City                         State      ZIP Code

**Mayaguez**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☒ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property #D Farm of 4.88 cuerdas. Recently assessed by Henry W. Schettini(The debtor is owner of 50% of the property. The other 50% belongs to debtor' spouse Gumersinda Rivera Montalvo Value$900,000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?
**$450,000.00**              **$450,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ **Check if this is community property**
(see instructions)

---

**1.1
3**

**If you own or have more than one, list here:**

**Bo. Calvache,**
_____
Street address, if available, or other description

**Rincon**          **PR**     **00677-0000**
_____
City                         State      ZIP Code

**Rincon**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☒ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property #E  Farm of 12 cdas. (The debtor is owner of 50% of the property. The other 50% belongs to debtor' spouse Gumersinda Rivera Montalvo Value$300000
(The debtor is owner of 50% of the property. The other 50% belongs to debtor' spouse Gumersinda Rivera Montalvo Value$150,000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?
**$75,000.00**               **$75,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ **Check if this is community property**
(see instructions)

---

Debtor 1  **Juan Ruiz  Valentin**                                           Case number *(if known)*  **16-06206**

---

**1.14**

**If you own or have more than one, list here:**

**Bo. Calvache,**
Street address, if available, or other description

**Rincon**                    **PR**      **00677-0000**
City                          State      ZIP Code

**Rincon**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property #F  Farm of 11 cdas.(The debtor is owner of 50% of the property. The other 50% belongs to debtor' spouse Gumersinda Rivera Montalvo Value$108000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
**$54,000.00**

**Current value of the portion you own?**
**$54,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

- ☐ **Check if this is community property**
  (see instructions)

---

**1.15**

**If you own or have more than one, list here:**

**Caracol  Ward**
Street address, if available, or other description

**Anasco**                    **PR**      **00610-0000**
City                          State      ZIP Code

**Anasco**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property #G  34.421 "cuerdas"  Anasco, PR Property  of Anasco, PR Value: $340,000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
**$255,000.00**

**Current value of the portion you own?**
**$255,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

- ☐ **Check if this is community property**
  (see instructions)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Debtor 1  **Juan Ruiz  Valentin**                                    Case number *(if known)*  **16-06206**

**1.16**

**If you own or have more than one, list here:**

_____

Street address, if available, or other description

**Aguadilla**          **PR**      **00603-0000**

City                  State      ZIP Code

**Aguadilla**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Property #H  Commercial lot of 28 "cuerdas"resulting as Segragation from Property #3313 Registered at Page 38 of Volume 611 Aguadilla, PR Vlaue $4,000,000. The other 50% belongs to debtor' spouse Gumersinda Rivera Montalvo Value**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

**$2,000,000.00**          **$2,000,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property**
(see instructions)

---

**1.17**

**If you own or have more than one, list here:**

**Rd. #2**
**Bo. Anasco**

Street address, if available, or other description

**Anasco**          **PR**      **00610-0000**

City                  State      ZIP Code

**Anasco**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Property #I  Farm of 90 cdas.(The debtor is owner of 50% of the property. The other 50% belongs to debtor' spouse Gumersinda Rivera Montalvo Value $429,480**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

**$214,740.00**          **$214,740.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property**
(see instructions)

---

Debtor 1   **Juan Ruiz  Valentin**                                        Case number *(if known)*   **16-06206**

---

**1.18**

**If you own or have more than one, list here:**

**Caracol Ward**

Street address, if available, or other description

**Anasco**             **PR**    **00610-0000**

City                      State      ZIP Code

**Anasco**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property #J  Property f 43.0358 "cuerdas"  (finca Pampanos). Used for Hay. Value:$400,000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**

**$200,000.00**                              **$200,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property**
(see instructions)

---

**1.19**

**If you own or have more than one, list here:**

**Bo. Miradero**

Street address, if available, or other description

**Cabo Rojo**             **PR**    **00623-0000**

City                      State      ZIP Code

**Cabo Rojo**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property #K  Farm of 1 cdas.  around farm of 70 cdas.(The debtor is owner of 50% of the property. The other 50% belongs to debtor' spouse Gumersinda Rivera Montalvo Value$60000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**

**$30,000.00**                              **$30,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1  **Juan Ruiz  Valentin**                                     Case number *(if known)*  16-06206

**1.20**

**If you own or have more than one, list here:**

**Barrio Boqueron**

Street address, if available, or other description

**Cabo Rojo**         **PR**      **00623-0000**

City          State       ZIP Code

**Cabo Rojo**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☑ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property #L8  50% ownership of rural lot 5 cdas. located at  (Property #18808 of Cabo Rojo, Recorded at Page 97 of Volume 510 Registry of Cabo Rojo the Property of Puerto Rico. San German Section(The debtor is owner of 50% of the property. The other 50% belongs to debtor' spouse Gumersinda Rivera Montalvo Value$300.000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$150,000.00** | **$150,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

**1.21**

**If you own or have more than one, list here:**

**Barrio Boqueron**

Street address, if available, or other description

**Cabo Rojo**         **PR**      **00623-0000**

City          State       ZIP Code

**Cabo Rojo**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property #L8B  50% ownership of rural lot of 5 cdas. (Property #18807 of Cabo Rojo, Recoreded at Page 91 of Volume 510 Registry of the Property of Puerto Rico. San German Section(The debtor is owner of 50% of the property. The other 50% belongs to debtor' spouse Gumersinda Rivera Montalvo Value$300000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$150,000.00** | **$150,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

Debtor 1   **Juan Ruiz  Valentin**                                   Case number *(if known)*   16-06206

**1.2**
**2**   **If you own or have more than one, list here:**

**Barrio Boqueron**
Street address, if available, or other description

**Cabo Rojo**          **PR**     **00623-0000**
City                          State        ZIP Code

**Cabo Rojo**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$150,000.00** | **$150,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Property #L9  50% ownership of rural lot 31 of 5 cdas. (Property #18785of Cabo Rojo, Recoreded at Page 157 of Volume 854 Registry of the Property of Puerto Rico. San German Section(The debtor is owner of 50% of the property. The other 50% belongs to debtor' spouse Gumersinda Rivera Montalvo Value$300000**

---

**1.2**
**3**   **If you own or have more than one, list here:**

**Bo. Miradero**
Street address, if available, or other description

**Mayaguez**          **PR**     **00680-0000**
City                          State        ZIP Code

**Mayaguez**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$37,800.00** | **$37,800.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Property #M  six lots od land of various sizes (The debtor is owner of 50% of the property. The other 50% belongs to debtor' spouse Gumersinda Rivera Montalvo Value$75,600**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1    **Juan Ruiz  Valentin**                                        Case number *(if known)*    16-06206

---

**1.2 4** | **If you own or have more than one, list here:**

**Bo. Miradero,**
_____
Street address, if available, or other description

**Mayaguez**          **PR**      **00680-0000**
_____
City                        State          ZIP Code

**Mayaguez**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property #N Lot of land of 110 cdas. (The debtor is owner of 50% of the property. The other 50% belongs to debtor' spouse Gumersinda Rivera Montalvo Value$660,000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?
**$330,000.00**                                  **$330,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ **Check if this is community property**
(see instructions)

---

**1.2 5** | **If you own or have more than one, list here:**

**Bo. Sabaneta Sector Jardines**
_____
Street address, if available, or other description

**Mayaguez**          **PR**      **00680-0000**
_____
City                        State          ZIP Code

**Mayaguez**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property #O , Mayaguez:  1: Seven lots of land in ocean front in various sizes $180,000 2: Remainder of them $105,0000**
**(The debtor is owner of 50% of the property. The other 50% belongs to debtor' spouse Gumersinda Rivera Montalvo Value$285,000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?
**$142,500.00**                                  **$142,500.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ **Check if this is community property**
(see instructions)

---

Debtor 1   **Juan Ruiz  Valentin**                                    Case number *(if known)*   **16-06206**

**1.2 6**

**If you own or have more than one, list here:**

**Bo. Sabaneta**

Street address, if available, or other description

**Mayaguez**            **PR**      **00680-0000**

City                    State    ZIP Code

**Mayaguez**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property #P  Rural lot of 4.689 "cdas."  This proeprty is leased to Jose Almodoval used as a Flea Market Property #42470 Registered at Volume 1486  (The debtor is owner of 50% of the property. The other 50% belongs to debtor' spouse Gumersinda Rivera Montalvo Value$400,000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$200,000.00** | **$200,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

- ☐ **Check if this is community property** (see instructions)

---

**1.2 7**

**If you own or have more than one, list here:**

**Bo. Llanos Costas**

Street address, if available, or other description

**Cabo Rojo**           **PR**      **00623-0000**

City                    State    ZIP Code

**Cabo Rojo**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property #Q One lot of land (Altos de Saman) (The debtor is owner of 50% of the property. The other 50% belongs to debtor' spouse Gumersinda Rivera Montalvo Value$114,000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$57,000.00** | **$57,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

- ☐ **Check if this is community property** (see instructions)

---

| Debtor 1 | Juan Ruiz  Valentin | | Case number *(if known)* | 16-06206 |
|---|---|---|---|---|

**1.28**

**If you own or have more than one, list here:**

**Bo. Caracol and Anasco Aarriba Ward**

Street address, if available, or other description

**Anasco**            **PR**   **00610-0000**

City                         State       ZIP Code

**Anasco**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property #R Farm of 59 cdas. located at  (Finca Pampanos used for Hay) Value$550,000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$275,000.00**

Current value of the portion you own?   **$275,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

**1.29**

**If you own or have more than one, list here:**

**Beach El Combate
Setor Los Pozos**

Street address, if available, or other description

**Cabo Rojo**        **PR**   **00623-0000**

City                         State       ZIP Code

**Cabo Rojo**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property #S Farm of cdas. Assessed with Ing. Juan Cruz. Guaranteed loan to BPPR by $5,000,000,
(The debtor is owner of 50% of the property. The other 50% belongs to debtor' spouse Gumersinda Rivera Montalvo Value$180,000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$90,000.00**

Current value of the portion you own?   **$90,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

Debtor 1 **Juan Ruiz  Valentin**                                    Case number *(if known)*  **16-06206**

---

**If you own or have more than one, list here:**

1.30

**Bo. Bajuras**
**front the old cementery of Cabo Rojo**
<small>Street address, if available, or other description</small>

**Cabo Rojo**          **PR**   **00623-0000**
<small>City</small>                <small>State</small>   <small>ZIP Code</small>

**Cabo Rojo**
<small>County</small>

**What is the property?** <small>Check all that apply</small>

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** <small>Check one</small>
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property #T Farm of 31.5 cdas. in , (The debtor is owner of 50% of the property. The other 50% belongs to debtor' spouse Gumersinda Rivera Montalvo Value$378,000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$189,000.00**
Current value of the portion you own?  **$189,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** <small>(see instructions)</small>

---

**If you own or have more than one, list here:**

1.31

**Bo. Lllanos Costas**
<small>Street address, if available, or other description</small>

**Cabo Rojo**          **PR**   **00623-0000**
<small>City</small>                <small>State</small>   <small>ZIP Code</small>

**Cabo Rojo**
<small>County</small>

**What is the property?** <small>Check all that apply</small>

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** <small>Check one</small>
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property #U 125 cdas. of lots of land in  $426,150; Farm of 45 cdas. - Sabana Alta of Cabo Rojo $189,000; Farm of 41 cdas. - Sabana Alta of Cabo Rojo, $172,000(The debtor is owner of 50% of the property. The other 50% belongs to debtor' spouse Gumersinda Rivera Montalvo Value$787000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$393,500.00**
Current value of the portion you own?  **$393,500.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** <small>(see instructions)</small>

---

| Debtor 1 | Juan Ruiz  Valentin | Case number *(if known)* | 16-06206 |
|---|---|---|---|

**1.32** **If you own or have more than one, list here:**

**Bo. Miradero**

Street address, if available, or other description

**Cabo Rojo**          **PR**      **00623-0000**

City          State        ZIP Code

**Cabo Rojo**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property #V 70 cdas.  around shopping center of Cabo Rojo, PR(The debtor is owner of 50% of the property. The other 50% belongs to debtor' spouse Gumersinda Rivera Montalvo Value$504,000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

**$252,000.00**          **$252,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

**1.33** **If you own or have more than one, list here:**

**Bo. Hatillo**

Street address, if available, or other description

**Anasco**          **PR**      **00610-0000**

City          State        ZIP Code

**Anasco**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property #W 14 lots of land reminder (The debtor is owner of 50% of the property. The other 50% belongs to debtor' spouse Gumersinda Rivera Montalvo Value$294,000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

**$147,000.00**          **$147,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

Debtor 1    **Juan Ruiz  Valentin**                                    Case number *(if known)*    16-06206

**If you own or have more than one, list here:**

1.34

**Bo. Caguabo**
_____
Street address, if available, or other description

**Anasco**               **PR**      **00610-0000**
_____
City                     State        ZIP Code

**Anasco**
_____
County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☑ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property #X 38 cdas. 1: Tosquero  $456,000 2: Lot of Landin Bo. Caguabo, Anasco, PR $36,000(The debtor is owner of 50% of the property. The other 50% belongs to debtor' spouse Gumersinda Rivera Montalvo Value$492,000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?
**$246,000.00**

Current value of the portion you own?
**$246,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

---

**If you own or have more than one, list here:**

1.35

**Llanos Costas**
_____
Street address, if available, or other description

**Cabo Rojo**            **PR**      **00623-0000**
_____
City                     State        ZIP Code

**Cabo Rojo**
_____
County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☑ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property #Y 37 cdas. Lot of land   (Altos Saman) to $30,000(The debtor is owner of 50% of the property. The other 50% belongs to debtor' spouse Gumersinda Rivera Montalvo Value$666,000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?
**$333,000.00**

Current value of the portion you own?
**$333,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

---

Debtor 1  **Juan Ruiz  Valentin**          Case number *(if known)*   **16-06206**

---

1.3 6

**If you own or have more than one, list here:**

**Bo. Parquera**
_____
Street address, if available, or other description

**Lajas**          **PR**    **00667-0000**
_____
City            State      ZIP Code

**Lajas**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$327,000.00** | **$327,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Property #Z Farm of 50 cdas. and 18 lots of land of 600mt  (The debtor is owner of 50% of the property. The other 50% belongs to debtor' spouse Gumersinda Rivera Montalvo Value$654,000**

---

1.3 7

**If you own or have more than one, list here:**

**Estancias de Pasto Sabana Yeguas**
_____
Street address, if available, or other description

**San German**     **PR**    **00683-0000**
_____
City            State      ZIP Code

**San German**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$250,000.00** | **$250,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Property #Z2  Real Property of 50 cuerdas  (Parqueras),  50 cdas. Property #"345 Registered at Page 10 of Volume 289 Lajas, PR  (Used for Hay)(The debtor is owner of 50% of the property. The other 50% belongs to debtor' spouse Gumersinda Rivera Montalvo Value$500,000**

---

Debtor 1   **Juan Ruiz  Valentin**                                      Case number *(if known)*   **16-06206**

---

**1.3 8**

**If you own or have more than one, list here:**

**Olivari Barrio Palmarejo**
_____
Street address, if available, or other description

**Lajas**          **PR**    **00667-0000**
_____
City              State      ZIP Code

**Lajas**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property #Z3  Real Property located at Finca  114.64 cdas. Property #1280 Registered at Page 215 of Volume 275 Lajas, PR (The debtor is owner of 50% of the property. The other 50% belongs to debtor' spouse Gumersinda Rivera Montalvo Value$1,000,000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?
**$500,000.00**      **$500,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

**1.3 9**

**If you own or have more than one, list here:**

**Barrio Boqueron**
_____
Street address, if available, or other description

**Cabo Rojo**        **PR**    **00623-0000**
_____
City              State      ZIP Code

**Cabo Rojo**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property #ZI Rural lot #31 of  5 "cdas." Proeprty #18885 Page 157 Volume 864  Cabo Rojo. The debtor is owner of 50% of the property. The other 50% belongs to debtor' spouse Gumersinda Rivera Montalvo Value$500,000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?
**$250,000.00**      **$250,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.............................................................=>**

**$10,210,760.00**

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

---

Debtor 1    **Juan Ruiz  Valentin**                                      Case number *(if known)*   16-06206

---

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Cadillac** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Model: **Escalade**
Year: **2003**
Approximate mileage:
Other information:

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $10,000.00 | $10,000.00 |

| 3.2 | Make: | **Mercedes Benz** |

Model: **S550**
Year: **2007**
Approximate mileage:
Other information:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $35,000.00 | $35,000.00 |

---

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>

| $45,000.00 |
|---|

---

**Part 3:    Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| Household goods: stove $300, washer $400, tv set $200, refrigerator $300, bedroom set $400,  livingroom set $300, diningroom set $200, computer $200, radio $50, miscellanous appliances $400 | $2,750.00 |
|---|---|

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
■ No
☐ Yes.  Describe.....

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes.  Describe.....

---

Official Form 106A/B                          Schedule A/B: Property                                      page 21

| Debtor 1 | **Juan Ruiz  Valentin** | | Case number *(if known)* | **16-06206** |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   - ■ No
   - ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    - ■ No
    - ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    - ☐ No
    - ■ Yes.  Describe.....

| Clothing | $800.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    - ☐ No
    - ■ Yes.  Describe.....

| Jewelry | $6,300.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    - ■ No
    - ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    - ■ No
    - ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

|  | $9,850.00 |

**Part 4:**  Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    - ☐ No
    - ■ Yes...........................................................................................................

| Cash on hand | $1,000.00 |

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    - ☐ No
    - ■ Yes........................  Institution name:

| 17.1. | **BPPR Checking Account #5360** | $103.00 |

Debtor 1   **Juan Ruiz  Valentin**                                                    Case number *(if known)*   **16-06206**

| 17.2. | **BPPR Checking Account #7449** | **$4,286.00** |
| 17.3. | **Oriental Bank checking Account #0001** | **$0.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................   Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
                                 Name of entity:                          % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                                 Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                     Type of account:          Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☐ No
    ■ Yes. .....................   Institution name or individual:

|  | **Deposits with public utilities** | **$1,500.00** |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............   Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| Debtor 1   Juan Ruiz  Valentin | Case number *(if known)*   16-06206 |
|---|---|

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
- ■ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ■ No
- ☐ Yes.  Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ■ No
- ☐ Yes. Name the insurance company of each policy and list its value.
  Company name:                                         Beneficiary:                                    Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ■ No
- ☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ■ No
- ☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ■ No
- ☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**
- ■ No
- ☐ Yes.  Give specific information..

| 36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................. | **$6,889.00** |
|---|---|

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**
- ☐ No. Go to Part 6.
- ■ Yes.  Go to line 38.

| | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**38. Accounts receivable or commissions you already earned**
- ☐ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1    **Juan Ruiz  Valentin**                                    Case number *(if known)*    **16-06206**

■ Yes.  Describe.....

| Account receivable from aging: See exhibit A attached | $1,474,306.40 |
|---|---|

| Account receivable from lot of land financing | $737,153.00 |
|---|---|

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ■ No
    ☐ Yes.  Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ☐ No
    ■ Yes.  Describe.....

| Furniture & fixtures | $12,000.00 |
|---|---|

41. **Inventory**
    ☐ No
    ■ Yes.  Describe.....

| Inventory: Bale of Hay | $45,165.00 |
|---|---|

42. **Interests in partnerships or joint ventures**
    ■ No
    ☐ Yes.  Give specific information about them...................
        Name of entity:                              % of ownership:

43. **Customer lists, mailing lists, or other compilations**
    ■ No.
    ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

        ■ No
        ☐ Yes.  Describe.....

44. **Any business-related property you did not already list**
    ■ No
    ☐ Yes. Give specific information.........

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
     **for Part 5. Write that number here**........................................................................................................................................

| $2,268,624.40 |
|---|

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ☐ No. Go to Part 7.
    ■ Yes.  Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured

| Debtor 1 | **Juan Ruiz  Valentin** | Case number *(if known)* | 16-06206 |
|---|---|---|---|

claims or exemptions.

47. **Farm animals**
  *Examples:* Livestock, poultry, farm-raised fish
  ☑ No
  ☐ Yes................

48. **Crops—either growing or harvested**
  ☑ No
  ☐ Yes. Give specific information.....

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
  ☐ No
  ☑ Yes................

> Farming Equipment: Warehouse improvements : $2,515, Tractor New Holland 110 $4,624, Trailer 27' (cows) $5,000, Hey Machine Gallinani 3690 $1,000, Cutter Machine Crome 323  $14,025, Warehouse 150'x 60" $58,331, tractor New Holland 115 $3,060, Bay of Hey Machine Model: Crome Multicut 1250 $3,230, Bay of Hey Machine Model:Crome 323 $1,700, Bay of Hey Machine Model: Crome Multicut 2800 CV

$95,015.00

50. **Farm and fishing supplies, chemicals, and feed**
  ☑ No
  ☐ Yes................

51. **Any farm- and commercial fishing-related property you did not already list**
  ☑ No
  ☐ Yes. Give specific information.....

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ..................................................................................................

$95,015.00

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
  *Examples:* Season tickets, country club membership
  ☑ No
  ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................

$0.00

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Juan Ruiz  Valentin**                                              Case number *(if known)*   **16-06206**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2** ................................................................................................................   $10,210,760.00

56.  **Part 2: Total vehicles, line 5**                                           $45,000.00

57.  **Part 3: Total personal and household items, line 15**        $9,850.00

58.  **Part 4: Total financial assets, line 36**                             $6,889.00

59.  **Part 5: Total business-related property, line 45**           $2,268,624.40

60.  **Part 6: Total farm- and fishing-related property, line 52**    $95,015.00

61.  **Part 7: Total other property not listed, line 54**        +      $0.00

62.  **Total personal property.** Add lines 56 through 61...       $2,425,378.40       Copy personal property total          $2,425,378.40

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62                                          $12,636,138.40

*Exhibit A*

## JUAN RUIZ VALENTIN
### Account Receivable on
### Installment Agreement Mortgage
### Taxable Year 2016

| Num | Lender Name and Last Name | Original Amount | Payoff Balance At 31 Dec 2015 | Payoff Balance At 31 Jul 16 | Term of Payment | 1st Payment Date | Monthly Payment | Unpaid 30 Days | Unpaid 60 Days | Unpaid 90 Days | Unpaid 120 Days | Unpaid Over 150 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Sirna Eleaine Mercado | $41,000.00 | $26,718.28 | $26,718.28 | 180 | 22-Jul-05 | $415.85 | $415.85 | $831.70 | $1,247.55 | $1,663.40 | $6,653.60 |
| 2 | Domingo Felix Torres | $85,000.00 | $43,158.99 | $43,158.99 | 180 | 12-Aug-03 | $862.13 | $862.13 | $1,724.26 | $2,586.39 | $ - | $ - |
| 3 | Victoria Rodriguez | $47,763.58 | $28,529.37 | $28,529.37 | 180 | 23-Nov-04 | $484.45 | $484.45 | $968.90 | $1,453.35 | $1,937.80 | $5,813.40 |
| 4 | Migdalia Figueroa Valentin | $55,000.00 | $18,802.38 | $18,802.38 | 180 | 10-Oct-01 | $557.85 | $557.85 | $1,115.70 | $1,673.55 | $2,231.40 | $7,252.05 |
| 5 | Lydia Esther Rivera Rodrigue | $45,000.00 | $4,943.15 | $4,943.15 | 120 | 29-Apr-04 | $570.04 | $570.04 | $1,140.08 | $1,710.12 | $2,280.16 | $6,840.48 |
| 6 | Blanca Iris Rivera Ruiz | $35,000.00 | $10,800.15 | $8,205.81 | 120 | 22-Apr-08 | $443.37 | $ - | $ - | $ - | $ - | $ - |
| 7 | Raul Maldonado | $40,000.00 | $36,261.46 | $36,261.46 | 192 | 1-Nov-10 | $393.81 | $393.81 | $787.62 | $1,181.43 | $1,575.24 | $3,544.29 |
| 8 | Maria Del Carmen Herranang | $36,000.00 | $13,287.50 | $11,478.00 | 120 | 1-Oct-08 | $456.03 | $456.03 | $912.06 | $1,368.09 | $1,824.12 | $3,648.24 |
| 9 | Luis Manuel Ortega Santos | $37,000.00 | $13,477.65 | $10,736.01 | 120 | 2-Sep-04 | $375.28 | $375.28 | $750.56 | $1,125.84 | $ - | $ - |
| 10 | Hector L Alejandro Colón | $36,000.00 | $9,307.67 | $9,307.67 | 120 | 22-Mar-04 | $409.69 | $409.69 | $819.38 | $1,229.07 | $1,638.76 | $20,038.63 |
| 11 | Ivan Rosado Adorno | $48,000.00 | $21,226.87 | $18,535.85 | 180 | 12-Ago-05 | $486.85 | $486.85 | $973.70 | $1,460.55 | $1,947.40 | $2,921.10 |
| 12 | Hector Ulpiano Garcia Berric | $30,000.00 | $21,082.73 | $21,082.73 | 120 | 11-Jan-10 | $380.03 | $380.03 | $760.06 | $1,140.09 | $1,520.12 | $2,280.18 |
| 13 | Jose Alfonso Pagan Barbosa | $34,000.00 | $9,778.46 | $9,778.46 | 180 | 19-Nov-01 | $344.85 | $344.85 | $689.70 | $1,034.55 | $1,379.40 | $2,413.95 |
| 14 | Janet Cruz de Armas | $37,000.00 | $9,867.70 | $7,041.90 | 120 | 10-Dec-07 | $468.70 | $468.70 | $937.40 | $ - | $ - | $ - |
| 15 | Ira Young Rice Ort | $34,000.00 | $21,239.74 | $19,610.01 | 144 | 9-Dec-09 | $386.93 | $386.93 | $773.86 | $ - | $ - | $ - |
| 16 | Jorge Quiñones Flores | $30,000.00 | $8,946.66 | $6,706.27 | 120 | 26-Mar-08 | $380.03 | $380.03 | $760.06 | $ - | $ - | $ - |
| 17 | Victor Manuel Rivera Luquis | $45,000.00 | $37,784.66 | $35,732.36 | 120 | 24-Sep-13 | $570.04 | $570.04 | $ - | $ - | $ - | $ - |
| 18 | Licelia Rosado | $150,000.00 | $12,910.74 | $1,885.99 | 120 | 10-Nov-06 | $1,900.14 | $ - | $ - | $ - | $ - | $ - |
| 19 | Daisy Ivette Martinez | $56,000.00 | $28,079.43 | $25,520.67 | 180 | 7-Mar-06 | $567.99 | $ - | $ - | $ - | $ - | $ - |
| 20 | Daisy Ros Ramos | $48,000.00 | $24,068.08 | $21,874.86 | 180 | 7-Mar-06 | $486.85 | $ - | $ - | $ - | $ - | $ - |
| 21 | Manuel A Hernander Collazo | $30,000.00 | $8,633.73 | $6,376.54 | 120 | 26-Feb-08 | $380.03 | $ - | $ - | $ - | $ - | $ - |
| 22 | Soniaili Morales de León | $45,822.72 | $42,211.70 | $41,150.98 | 240 | 17-Abr-00 | $464.74 | $464.74 | $ - | $ - | $ - | $ - |
| 23 | Felix Irizarry Ortiz | $37,000.00 | $22,922.87 | $21,466.94 | 180 | 19-Nov-07 | $375.28 | $375.28 | $750.56 | $1,125.84 | $1,501.12 | $ - |
| 24 | Jose Alberto Meléndez | $30,000.00 | $15,534.81 | $15,271.29 | 120 | 26-Feb-08 | $380.03 | $380.03 | $760.06 | $1,140.09 | $ - | $ - |
| 25 | Hector U. Garcia Berrios | $30,000.00 | $15,271.29 | $13,370.50 | 120 | 11-Jan-10 | $380.03 | $380.03 | $760.06 | $ - | $ - | $ - |
| 26 | Abel Hernandez Sierra | $29,530.15 | $27,204.24 | $26,520.64 | 180 | 30-Oct-13 | $299.51 | $299.51 | $ - | $ - | $ - | $ - |
| 27 | Jose A. Correa Marrero | $62,000.00 | $56,714.20 | $55,257.32 | 180 | 5-Ago-13 | $628.85 | $ - | $ - | $ - | $ - | $ - |
| 28 | Manuel Alamo Salgado | $76,000.00 | $75,000.00 | $75,000.00 | | 31-Jul-07 | | $ - | $ - | $ - | $ - | $ - |
| 29 | Eva Acosta Acosta | $19,805.33 | $17,407.95 | $16,265.30 | 120 | 9-Dec-14 | $290.16 | $290.16 | $580.32 | $ - | $ - | $ - |
| 30 | Betralda Garcia Portalatin | $38,000.00 | $29,627.79 | $29,627.79 | 180 | 16-Mar-03 | $385.42 | $385.42 | $770.84 | $1,156.26 | $1,541.68 | $27,364.82 |
| 31 | Gabriel Estrada Ramos | $6,610.64 | $4,601.46 | $3,343.50 | 144 | 12-Dec-14 | $210.22 | $ - | $ - | $ - | $ - | $ - |

| # | Name | | | | | | | | | | | | |
|---|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | Iris L. Cosme | $ | 56,000.00 | $ | 55,000.00 | 55,000.00 | | | | $ | | $ | . |
| 33 | Pablo A. Peña Robles | $ | 30,000.00 | $ | 7,033.55 | 7,033.55 | 120 | 23-Dec-01 | $ 380.03 | $ 380.03 | $ 760.06 | $ 1,140.09 | $ 1,520.12 | $ 19,761.56 |
| 34 | Iliany Torres González | $ | 40,000.00 | $ | 30,626.07 | 30,626.07 | 144 | 10-Aug-06 | 455.21 | 455.21 | 910.42 | 1,365.63 | 1,820.84 | 20,029.24 |
| 35 | Rafael Lopez Torres | $ | 45,000.00 | $ | 30,481.21 | 30,481.21 | 180 | 22-Mar-04 | 456.42 | 456.42 | 912.84 | 1,369.26 | 1,825.68 | 16,887.54 |
| 36 | Armando Lopez Rivera | $ | 32,000.00 | $ | 9,166.41 | 9,166.41 | 144 | 14-Nov-01 | 364.17 | 364.17 | 728.34 | 1,092.51 | 1,456.68 | 7,709.73 |
| 37 | Carlos E. Torres Pagan | $ | 267,750.00 | N/A | | 255,594.00 | 60 | 8-Feb-10 8-May-16 | 4,931.02 | 4,931.02 | | | | . |
| 38 | Jose Adrian Rodriguez Cresp | $ | 72,000.00 | $ | 48,038.20 | 48,038.20 | 180 | 18-Sep-04 | 730.27 | 730.27 | 1,460.54 | 2,190.81 | 2,921.08 | 21,177.83 |
| 39 | Myrta Rodriguez Rodriguez | $ | 36,000.00 | $ | 19,828.57 | 19,828.57 | 180 | 14-Jul-03 | 365.14 | 365.14 | 730.28 | 1,095.42 | 1,460.56 | 8,763.36 |
| 40 | Roberto Gonzalez | $ | 47,763.58 | $ | 18,098.44 | 15,601.84 | 180 | 23-Nov-04 | 484.45 | | | | | . |
| 41 | Miguel Santiago Espada | $ | 40,270.64 | $ | 40,164.22 | 39,620.02 | 180 | 15-Dec-13 | 408.45 | | | | | |
| 42 | José Cintrón Cuadrado | $ | 47,250.00 | $ | 39,250.00 | 39,250.00 | | 13-Oct-08 | | | | | $ | . |
| 43 | Carlos Alberto de Cruz | $ | 38,000.00 | $ | 29,134.47 | 29,134.47 | 180 | 13-Oct-03 | 385.42 | 385.42 | 770.84 | 1,156.26 | 1,541.68 | 23,896.04 |
| 44 | Juan C. Dávila | $ | 39,000.00 | $ | 3,822.16 | 3,822.16 | 120 | 19-Jul-02 | 494.04 | 494.04 | 988.08 | 1,482.12 | 1,976.16 | 1,846.00 |
| 45 | Miguel Santiago Espada | $ | 39,736.50 | $ | 39,631.49 | 39,094.51 | 180 | 15-Dec-13 | 403.03 | | | | | . |
| 46 | Abel Hernandez | $ | 29,530.15 | $ | 27,108.76 | 26,420.03 | 180 | 30-Sep-13 | 299.51 | | | | | |
| 47 | Victor M. Rivera | $ | 45,000.00 | $ | 37,784.66 | 35,732.36 | 120 | 24-Sep-13 | 570.04 | | | | | |
| 48 | Johana Hernandez | $ | 37,000.00 | $ | - | 36,677.08 | 180 | 8-May-16 | 353.59 | 353.59 | | | | |
| 49 | Ruben Estrella | $ | 40,000.00 | $ | 40,000.00 | 40,000.00 | 623 | 23-Aug-16 | | | | | $ | |
| 50 | Carmen Diaz Burrey | $ | 36,000.00 | $ | 13,684.69 | 12,100.54 | 120 | 17-Mar-08 | 323.90 | | | | | . |
| 51 | Glorivel Colón Lugo | $ | 37,000.00 | $ | 32,760.41 | 31,524.36 | 132 | 15-May-14 | 383.50 | | | $ | $ | . |
| | Totals | $ 2,429,831.29 | | $ 1,197,015.02 | | $ 1,474,306.40 | | | $ 26,523.37 | $ 19,033.04 | $ 24,828.28 | $ 31,524.87 | $ 35,563.40 | $ 208,842.04 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Juan Ruiz  Valentin** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO | | |
| Case number (if known) | 16-06206 | | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                                      4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| **Part 1:** | **Identify the Property You Claim as Exempt** |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Puesta del Sol Condominium  Apt. A-1 Rincon, PR 00677  Rincon County**<br>**Property #4  Apartment of 2 bdrooms and 1 bathroom (This is debtors residence)(The debtor is owner of 50% of the property. The other 50% belongs to debtor' spouse Gumersinda Rivera Monta**<br>Line from *Schedule A/B*: **1.4** | $62,500.00 | ■ $22,975.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(1) |
| **2003 Cadillac  Escalade**<br>Line from *Schedule A/B*: **3.1** | $10,000.00 | ■ $3,675.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(2) |
| **Household goods: stove $300, washer $400, tv set $200, refrigerator $300, bedroom set $400,  livingroom set $300, diningroom set $200, computer $200, radio $50, miscellanous appliances $400**<br>Line from *Schedule A/B*: **6.1** | $2,750.00 | ■ $2,750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor 1 | **Juan Ruiz Valentin** | | Case number (if known) | **16-06206** |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $800.00 | ■ | $800.00 | **11 USC § 522(d)(3)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Jewelry**<br>Line from *Schedule A/B*: **12.1** | $6,300.00 | ■ | $1,500.00 | **11 USC § 522(d)(4)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Deposits with public utilities**<br>Line from *Schedule A/B*: **22.1** | $1,500.00 | ■ | $1,500.00 | **11 USC § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Juan Ruiz Valentin** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO | | |
| Case number | 16-06206 | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**  List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.1 | **Coop. A/C Rincon** | $14,315.94 | $14,246.40 | $69.54 |
|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**Shares: Shares #2 Coop. a/c Rincon**

**PO Box 608**
**Rincon, PR 00677**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) _____

Date debt was incurred  **Personal loan guaranteed with shares**

Last 4 digits of account number  **3486**

| 2.2 | **Coop. A/C Rincon** | $113,618.11 | $133,760.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**Rd. #2 km. 146, Abajo Ward Rincon, PR 00677  Rincon County Property #AB: Rural lot  (14.0 cds y 18.4275 cds)**

**PO Box 608**
**Rincon, PR 00677**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

Debtor 1  **Juan Ruiz Valentin**

First Name          Middle Name          Last Name

Case number (if know)  **16-06206**

☐ **Check if this claim relates to a community debt**

■ Other (including a right to offset)  **asco, P.R. (Dated 6/21/2007)**

**Mortgage loan guaranteed with property located at PR. 2 KM. 146 Abajo Ward, An**

Date debt was incurred          Last 4 digits of account number  **4896**

---

| 2.3 | **Coop. A/C Rincon** | Describe the property that secures the claim: | **$157,524.25** | **$260,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**Sea beach Colony Lot #8 Rincon, PR 00677  Rincon County Property #AA**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 608**
**Rincon, PR 00677**

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ An agreement you made (such as mortgage or secured car loan)

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **, Rincon, PR Dated 5/12/2005**

**Mortgage loan guaranteed with real property located at Lot #8 Sea Beach Colony**

Date debt was incurred          Last 4 digits of account number  **3486**

---

| 2.4 | **Coop. A/C Rincon** | Describe the property that secures the claim: | **$1,016.92** | **$1,016.92** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**Shares #1 Coop. a/c Rincon**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 608**
**Rincon, PR 00677**

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ An agreement you made (such as mortgage or secured car loan)

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)

---

Debtor 1 **Juan Ruiz Valentin**

First Name        Middle Name        Last Name

Case number (if know)   **16-06206**

| | |
|---|---|
| **Personal loan dated 2006 secured by shares** | |
| Date debt was incurred | Last 4 digits of account number _____ |

---

| 2.5 | **CRIM** | Describe the property that secures the claim: | $624,123.70 | $62,500.00 | $561,623.70 |
|---|---|---|---|---|---|

Creditor's Name

**ALL THE PROPERTIES OF THE ESTATE**

**PO Box 195387
San Juan, PR 00919-5807**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **PROPERTY TAXES**

| **Property taxes** | |
|---|---|
| Date debt was incurred | Last 4 digits of account number _____ |

---

| 2.6 | **Oriental Bank** | Describe the property that secures the claim: | $4,500,000.00 | $250,000.00 | $4,250,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Barrio Boqueron Cabo Rojo, PR 00623  Cabo Rojo County Property #ZI Rural lot #31 of  5 "cdas." Proeprty #18885 Page 157 Volume 864  Cabo Rojo. The debtor is owner of 50% of the property. The other 50% belongs to debtor' spouse Gumersinda R**

**PO Box 195115
San Juan, PR 00919-5115**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   _____

| **Commercial loan guarentted by** | |
|---|---|
| Date debt was incurred | Last 4 digits of account number _____ |

---

| 2.7 | **PUERTO RICO ASSET PORTFOLIO 2012-1** | Describe the property that secures the claim: | $2,200,000.00 | $125,000.00 | $2,075,000.00 |
|---|---|---|---|---|---|

Debtor 1  **Juan Ruiz  Valentin**

First Name        Middle Name              Last Name

Case number (if know)   **16-06206**

---

Creditor's Name

**270 AVE . MUNOZ RIVERA STE. 201 INTERNATIONAL (PRAPI) SAN JUAN, PR 00918-1009**

Number, Street, City, State & Zip Code

**Commercial loan: secured by properties #1, 3, C, E, G, H, J, L8, L8B, P, R, X, Z2, and Z1 for commercial loan 0136840-9008 and 3001 dated April 2000, 2001 and 2002**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) _____

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

Last 4 digits of account number   **9008**

---

| 2.8 | **PUERTO RICO ASSET PORTFOLIO 2012-1** | | $800,000.00 | $75,000.00 | $725,000.00 |

Creditor's Name

**270 AVE . MUNOZ RIVERA STE. 201 INTERNATIONAL (PRAPI) SAN JUAN, PR 00918-1009**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**Bo. Calvache, Rincon, PR 00677 Rincon County Property #E  Farm of 12 cdas. (The debtor is owner of 50% of the property. The other 50% belongs to debtor' spouse Gumersinda Rivera Montalvo Value$300000 (The debtor is owner of 50% of the pr**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) _____

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred   **Commercial loan**

Last 4 digits of account number   **3001**

---

| 2.9 | **Treasury Department** | | $602,559.68 | $62,500.00 | $602,559.68 |

Creditor's Name

**PO Box 9022501 San Juan, PR 00902**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**TAX LIEN ON ALL PROPERTIES OF THE ESTATE**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 4 of 6

| Debtor 1 | **Juan Ruiz Valentin** | | | Case number *(if know)* | **16-06206** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a
   community debt

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset) _____

| Date debt was incurred | **Special tax assesment on debtors properties** | **Last 4 digits of account number** _____ |
|---|---|---|

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$9,013,158.60** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$9,013,158.60** |

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Luis Roberto Santos Baez**
**PO Box1809**
**Mayaguez, PR 00681**

On which line in Part 1 did you enter the creditor? **2.6**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Oriental Bank**
**PO Box 195115**
**San Juan, PR 00919-5115**

On which line in Part 1 did you enter the creditor? **2.6**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Oriental Bank**
**997 San Roberto St.**
**San Juan, PR 00926**

On which line in Part 1 did you enter the creditor? **2.6**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Parra, Del Valle & Limeres**
**PO Box 331429**
**Ponce, PR 00733-1429**

On which line in Part 1 did you enter the creditor? **2.7**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Parra, Del Valle & Limeres**
**PO Box 331429**
**Ponce, PR 00733-1429**

On which line in Part 1 did you enter the creditor? **2.8**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**PR Asset Portfolio 2013-1 Int. LLC**
**270 Munoz Rivera Ave Suite 201**
**San Juan, PR 00918**

On which line in Part 1 did you enter the creditor? **2.7**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**PR Asset Portfolio 2013-1 Int. LLC**
**270 Munoz Rivera Ave Suite 201**
**San Juan, PR 00918**

On which line in Part 1 did you enter the creditor? **2.8**

Last 4 digits of account number ___

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor 1    **Juan Ruiz  Valentin**                        Case number *(if know)*    **16-06206**

       First Name             Middle Name                Last Name

☐    Name, Number, Street, City, State & Zip Code

      **Sergio Ramirez De Arrellano, Esq.**
      **209 Munoz Rivera Ave**
      **Banco Popular Center Suite 1022**
      **San Juan, PR 00918-1009**

On which line in Part 1 did you enter the creditor?   **2.7**

Last 4 digits of account number ___

---

☐    Name, Number, Street, City, State & Zip Code

      **Sergio Ramirez De Arrellano, Esq.**
      **209 Munoz Rivera Ave**
      **Banco Popular Center Suite 1022**
      **San Juan, PR 00918-1009**

On which line in Part 1 did you enter the creditor?   **2.8**

Last 4 digits of account number ___

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Juan Ruiz  Valentin** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number | 16-06206 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:     List All of Your PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☑ Yes.

2.   **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **IRS** | Last 4 digits of account number ___ ___ ___ ___ | $23,017.56 | $18,993.96 | $4,023.60 |

| | |
|---|---|
| Priority Creditor's Name | |
| **PO Box 7317** | When was the debt incurred?   2012-2013 |
| **Philadelphia, PA 19101-7317** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| **Who incurred the debt?** Check one. | ☐ Contingent |
| ☑ Debtor 1 only | ☐ Unliquidated |
| ☐ Debtor 2 only | ☐ Disputed |
| ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** |
| ☐ At least one of the debtors and another | ☐ Domestic support obligations |
| ☐ Check if this claim is for a  community debt | ☑ Taxes and certain other debts you owe the government |
| **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated |
| ☑ No | ☐ Other. Specify |
| ☐ Yes | **Income** |

### Part 2:     List All of Your NONPRIORITY Unsecured Claims

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | |
|---|---|
| | Total claim |

Debtor 1 **Juan Ruiz Valentin**

Case number (if know) **16-06206**

---

| 4.1 | **AAA** | Last 4 digits of account number **7859** | **$3,100.23** |

Nonpriority Creditor's Name

**PO Box 70101**
**San Juan, PR 00936**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Utility bill (2014)**

---

| 4.2 | **Banco Popular De Puerto Rico** | Last 4 digits of account number **9194** | **$22,978.20** |

Nonpriority Creditor's Name

**PO Box 362708**
**San Juan, PR 00936-2708**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card (2013)**

---

| 4.3 | **Banco Popular De Puerto Rico** | Last 4 digits of account number **8781** | **$16,911.47** |

Nonpriority Creditor's Name

**PO Box 362708**
**San Juan, PR 00936-2708**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit line (2013)**

---

Debtor 1   **Juan Ruiz  Valentin**

Case number (if know)   **16-06206**

---

| 4.4 | **Banco Santander Of Puerto Rico** | Last 4 digits of account number   **1820** | **$415,624.13** |

Nonpriority Creditor's Name

**PO Box 362589**
**San Juan, PR 00936-2589**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Commercial loan**

---

| 4.5 | **Banco Santander Of Puerto Rico** | Last 4 digits of account number   **0430** | **$29,181.83** |

Nonpriority Creditor's Name

**PO Box 362589**
**San Juan, PR 00936-2589**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit card (2009)**

---

| 4.6 | **Boriken Diggers & Tractor Parts** | Last 4 digits of account number | **$16,340.67** |

Nonpriority Creditor's Name

**PO Box 983**
**Hormigueros, PR 00660**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Purchase of Agricultural Equipment parts. (January 2013)**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Juan Ruiz  Valentin**

Case number (if know)  **16-06206**

---

| 4.7 | **CARLOS RODRIGUEZ CAMACHO** | Last 4 digits of account number _____ | **$692,000.00** |

Nonpriority Creditor's Name
**AMARILYS ACEVEDO MORENO
PO BOX 13230
San Juan, PR 00908**
Number Street City State ZIp Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a  community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify  **BREACH OF CONTRACT**

☐ Yes

---

| 4.8 | **CRIM** | Last 4 digits of account number _____ | **$65,571.67** |

Nonpriority Creditor's Name
**PO Box 195387
San Juan, PR 00919-5807**
Number Street City State ZIp Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a  community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify  **PERSONAL PROPERTY TAXES**

☐ Yes

---

| 4.9 | **Manuel De Jesus Ramos Ramos** | Last 4 digits of account number _____ | **$19,500.00** |

Nonpriority Creditor's Name
**Apartado 942
Aguada, PR 00602**
Number Street City State ZIp Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a  community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify  **Accounting Services 2008-2013**

☐ Yes

---

Debtor 1   **Juan Ruiz  Valentin**                    Case number *(if know)*   **16-06206**

---

**4.10**

**Puerto Rico Farm Credit ACA**
Nonpriority Creditor's Name
**PO Box 363649**
**San Juan, PR 00936-3649**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **9110**                    **$500,000.00**

When was the debt incurred?   **Commercial loans**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **UNSECURED AMOUNT AFTER FORECLOSURE OF REAL PROPERTIES**

---

**4.11**

**State Insurance Fund**
Nonpriority Creditor's Name
**PO Box 365028**
**San Juan, PR 00936-5028**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number                    **$7,327.63**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **GOVERNMENT EMPLOYEE INSURANCE**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Enrique Nassar Rizek  Assoc.&**
**PO Box 191017**
**San Juan, PR 00919-1017**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**O'Neill & Borges,LLC**
**250 Munoz Rivera Ave. Suite 800**
**San Juan, PR 00918-1813**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $   0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $   23,017.56 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ |

Debtor 1  **Juan Ruiz  Valentin**                           Case number (*if know*)    **16-06206**

| | | | | |
|---|---|---|---|---|
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $    **0.00** |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $    **23,017.56** |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $    **0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $    **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $    **0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $    **1,788,535.83** |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $    **1,788,535.83** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Juan Ruiz  Valentin** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number | **16-06206** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Abel Hernandez Sierra**<br>**Aida Maria Lebron Santana**<br>**Las Piedras, PR** | **Mortgage loan dated September 30, 2013  for rural lot "Solar #37" located at Barrio Llanos Costa deed #27 for the amount of $29,530.10 to be paid in monthly installments in the amount of $299.51** |
| 2.2 | **Antonio Martinez Lago**<br>**Daisy Ivette Rios Ramos**<br>**Miami, FL** | **Mortgage loan dated  September 31, 2003  for rural lot "Solar #3" located at Barrio Llanos Costa, Cabo Rojo, PR deed #5 for the amount of $56,000 to be paid in monthly installments in the amount of $568.00** |
| 2.3 | **Armando Lopez Rivera**<br>**Rosa Maldonado Perez**<br>**Isla Verda, PR** | **Mortgage loan dated  October 15, 2001  for rural lot located at Barrio Llanos Costa, Cabo Rojo, PR  deed #58 for the amount of $32,000 to be paid in monthly installments in the amount of $364.17** |
| 2.4 | **Blanca Iris Rivera Ruiz**<br>**Teresa Quintero Martinez**<br>**Vega Alta, PR** | **Mortgage loan dated March 30, 2004 for rural lot "Solar #16" located at Barrio Llanos Costa, Cabo Rojo, PR  deed #33 for the amount of $35,000 to be paid in monthly installments in the amount of $443.37** |
| 2.5 | **Blanca Iris Rivera Ruiz**<br>**Teresa Quintero Martinez**<br>**Vega Alta, PR** | **Mortgage loan dated March 22, 2008 for rural lot "Solar #16" located at Barrio Llanos Costa, Cabo Rojo, PR  deed #28 for the amount of $35,000 to be paid in monthly installments in the amount of $443.37** |
| 2.6 | **Carlos Alberto Cruz De Leon**<br>**Glorimar Velez Lopez**<br>**Aguada, PR 00610** | **Mortgage loan dated September 31, 2003  for rural lot "Solar #19" located at Barrio Llanos Costa deed #81 for the amount of $43,000 to be paid in monthly installments in the amount of $385.43** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | Juan Ruiz Valentin | Case number *(if known)* | 16-06206 |

## ◼ Additional Page if You Have More Contracts or Leases

| | **Person or company with whom you have the contract or lease**<br>Name, Number, Street, City, State and ZIP Code | **State what the contract or lease is for** |
|---|---|---|
| 2.7 | **Carlos Alberto Cruz Leon**<br>**Glorimar Velez Lopez**<br>**Aguada, PR 00610** | **Mortgage loan dated September 13, 2003 for rural lot "Solar #19" located at Barrio Llanos Costa deed #82 for the amount of $38,000 to be paid in monthly installments in the amount of $285.43** |
| 2.8 | **Carmen Del Carmen Hernandezbruno**<br>**Vega Baja, PR** | **Mortgage loan dated September 1, 2003 for rural lot "Solar #15" located at Barrio Llanos Costa, Cabo Rojo, PR deed #82 for the amount of $36,000 to be paid in monthly installments in the amount of $456.04** |
| 2.9 | **Carmen Goitia Micheo**<br>**Guaynabo, PR** | **Mortgage loan dated August 24, 2002 for rural lot "Solar #13" located at Barrio Llanos Costa, Cabo Rojo deed #26 for the amount of $30,000 to be paid in monthly installments in the amount of $341.41** |
| 2.10 | **Carmen Lydia Santos Garcia**<br>**Toa Baja, PR** | **Mortgage loan dated October 20, 2007 for "solar #32" rural lot located at Barrio Llanos Costa Cabo Rojo,PR deed #62 for the amount of $38,000 to be paid in monthly installments in the amount of $385.43** |
| 2.11 | **Carmen Lydia Santos Garcia**<br>**Toa Baja, PR** | **Mortgage loan dated at October 10, 2007 for rural lot "Solar #32" located at Barrio Llanos Costa, Cabo Rojo deed #61 for the amount of $38,000.** |
| 2.12 | **Daniel Antonio Martinez Lago**<br>**Daisy Ivette Rios Ramos**<br>**Miami, FL** | **Mortgage loan dated February 7, 2006 for rural lot "Solar #3" located at Barrio Llanos Costa, Cabo Rojo, PR deed #6 for the amount of $56,000 to be paid in monthly installments in the amount of $568.00** |
| 2.13 | **Daniel Antonio Martinez Lago**<br>**Daisy Ivette Rios Ramos**<br>**Miami, FL** | **Mortgage loan dated February 7, 2006 for rural lot "Solar #2" located at Barrio Llanos Costa, Cabo Rojo, PR deed #6 for the amount of $48,000 to be paid in monthly installments in the amount of $486.85** |
| 2.14 | **Daniel Antonio Martinez Lago**<br>**Daisy Ivette Rios Ramos**<br>**Miami, FL** | **Mortgage loan dated February 7, 2006 for rural lot "Solar #2 " located at Barrio Llanos Costa, Cabo Rojo, PR deed #3 for the amount of $48,000.** |
| 2.15 | **Daniel Martine Lago**<br>**Daisy Ivettte Rios Ramos**<br>**Miami, FL** | **Mortgage loan dated February 7, 2006 for rural lot "Solar #3" located at Barrio Llanos Costa, Cabo Rojo, PR deed #5 for the amount of $56,000 to be paid in monthly installments in the amount of $568.00** |
| 2.16 | **Domingo Felix Torres**<br>**Minerva Santana Fragoso**<br>**San Juan, PR** | **Mortgage loan dated July 13, 2003 for rural lot ??? deed #?? for the amount of $85,000 to be paid in monthly installments in the amount of $862.13** |
| 2.17 | **Eva Acosta Acosta**<br>**Rincon, PR 00677** | **Mortgage loan dated November 23, 1999 for property located at ??? deed #46 for the amount of $62,000 to be paid in monthly installments in the amount of $785.04.** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | Juan Ruiz Valentin | | Case number *(if known)* | 16-06206 |

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.18 Felix Irizarry Ortiz**<br>**Vanessa Ivette Rodriguez Villot**<br>**Aguada, PR 00602** | **Mortgage loan dated October 20, 2007 for rural lot "Solar #29" located at Barrio Llanos Costa deed #64 for the amount of $37,000 to be paid in monthly installments in the amount of $375.28** |
| **2.19 Felix Irizarry Ortiz**<br>**Vanessa Ivette Rodriguez Villot**<br>**Ponce, PR 00716** | **Mortgage loan dated September 31, 2003 for rural lot "Solar #29" located at Barrio Llanos Costa, Cabo Rojo, PR deed #63 for the amount of $37,000 to be paid in monthly installments in the amount of $385.43** |
| **2.20 Felix Javier Torres Gonzalez**<br>**Lliany Torres Gonzalez**<br>**Caguas, PR** | **Mortgage loan dated July 10, 2006 for rural lot "Solar #6" located at Barrio Llanos Costa, Cabo Rojo, PR deed #36 for the amount of $40,000.** |
| **2.21 Felix Javier Torres Gonzalez**<br>**Iliany Torrres Gonzalez**<br>**Caguas, PR** | **Mortgage loan dated July10, 2006 for rural lot "Solar #6" located at Barrio Llanos Costa, Cabo Rojo, PR deed #37 for the amount of $40,000 to be paid in monthly installments in the amount of $455.22** |
| **2.22 Gabriel Esteres Ramos**<br>**Virginia Russy Cintron**<br>**Caguas, PR 00725** | **Mortgage loan dated March 24, 2001 for rural lot located at ??? deed #21 for the amount of $30,000.** |
| **2.23 Ghuas US Burney**<br>**Carmen Elisa Diaz Olmeda**<br>**Bronsville, NY 10002** | **Mortgage loan dated March 17, 2000 for rural lot "Solar #11" located at Barrio Llanos Costa, Cabo Rojo, PR deed #14 for the amount of $36,000 to be paid in monthly installments in the amount of $323.91** |
| **2.24 Gloriver Colon Lugo**<br>**Rincon, PR 00667** | **Mortgage loan dated April 15, 2014 at for rural lot located at Barrio Sabanetas Mayaguez, PR ("Folio 220 Tomo 1156 de Mayaguez Finca #35,750") deed #8 for the amount of $37,000 to be paid in monthly installments in the amount of $383.58.** |
| **2.25 Gloriver Colon Lugo**<br>**Rincon, PR 00677** | **Mortgage loan dated April 15, 2014 for rural lot located at ??? deed #7 for the amount of $37,000** |
| **2.26 Hector Luis Alejandro Colon**<br>**Rinco, PR 00677** | **Mortgage loan dated February 21, 2004 for rural lot located at ??? deed #17 for the amount of $36,000 to be paid in monthly installments in the amount of $409.70.** |
| **2.27 Hector Ulpiano Garcia Berrios**<br>**Bayamon, PR** | **Mortgage loan dated December 11, 2009 for rural lot located at Carr. 101 km. 14.4 Barrio Llanos Costa deed #27 for the amount of $30,000.** |
| **2.28 Ira Young Rice Ott**<br>**Milagros E. Rodriguez Maldonado**<br>**WA** | **Mortgage loan dated November 9, 2002 for rural lot ??? deed #?? for the amount of $34,000 to be paid in monthly installments in the amount of $386.94** |
| **2.29 Ivan Rosado Adorno**<br>**Vega Alta, PR** | **Mortgage loan dated July 13, 2005 for rural lot "Solar #1" located at Barrio Llanos Costa, Cabo Rojo, PR deed #57 for the amount of $48,000 to be paid in monthly installments in the amount of $486.85** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Juan Ruiz  Valentin**                                                                 Case number *(if known)*    **16-06206**

    **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.30  **Ivan Rosado Adorno**<br>**Vega AltA, PR** | Mortgage loan dated July 13, 2005  for rural lot "Solar #1" located at Barrio Llanos Costa, Cabo Rojo, PR  deed #58 for the amount of $48,000 to be paid in monthly installments in the amount of $486.85 |
| 2.31  **Janet Cruz De Armas**<br>**San Juan, PR 00919** | Mortgage loan dated November 30, 2007 for rural lot "Solar #23" located at Barrio Llanos Costa deed #70 for the amount of $37,000 to be paid in monthly installments in the amount of $468.71 |
| 2.32  **Janet Cruz De Armas**<br>**San Juan, PR 00936** | Mortgage loan dated November 30, 2007 for rural lot "Solar #23" located at Barrio Llanos Costa deed #69 for the amount of $37,000. |
| 2.33  **Jorge Quinones Fllores**<br>**Hidegar Centeno Diaz**<br>**Caguas, PR** | Mortgage loan dated February 26, 2008  for rural lot "Solar #20" located at Barrio Llanos Costa, Cabo Rojo, PR  deed #19 for the amount of $30,000 to be paid in monthly installments in the amount of $381.00 |
| 2.34  **Jorge Quinones Fllores**<br>**Hidegar Centeno Diaz**<br>**Caguas, PR** | Mortgage loan dated February 26, 2008  for rural lot "Solar #20" located at Barrio Llanos Costa, Cabo Rojo, PR  deed #18 for the amount of $30,000. |
| 2.35  **Jose A. Melendez Tirado**<br>**Maria De Los Angeles Cotto Hernandez**<br>**Caguas, PR 00725** | Mortgage loan dated January 26, 2008 for rural lot "solar #18" located at Barrio Llanos Costa deed #13 for the amount of $30,000 to be paid in monthly installments in the amount of $381.00 |
| 2.36  **Jose Adrian Rodriguez Crespo**<br>**Carmen Socorro Figueroa Rosa**<br>**Caguas, PR** | Mortgage loan dated August 19, 2004 for rural lot "Solar #21" located at Barrio Llanos Costa, Cabo Rojo, PR  deed #74 for the amount of $72,000 to be paid in monthly installments in the amount of $730.28 |
| 2.37  **Jose Adrian Rodriguez Crespo**<br>**Carmen Socorro Figueroa**<br>**Caguas, PR** | Mortgage loan dated August 19, 2004  for rural lot "Solar #21" located at Barrio Llanos Costa, Cabo Rojo, PR  deed #73 for the amount of $72,000.00. |
| 2.38  **Jose Alberto Melendez Tirado**<br>**Maria De Los Angeles Cotto Hernandez**<br>**Caguas, PR 00725** | Mortgage loan dated January 26, 2008 for rural lot "solar #18" located at Barrio Llanos Costa, Cabo Rojo, PR  deed #12 for the amount of $30,000. |
| 2.39  **Jose Alfonso Pagan Barbosa**<br>**Edith Maritza Rodriguez Rolon**<br>**Vega Baja, PR** | Mortgage loan dated October 20, 2001 for rural lot "Solar #2" located at Barrio Llanos Costa, Cabo Rojo, PR  deed #60 for the amount of $34,000 to be paid in monthly installments in the amount of $344.86 |
| 2.40  **Jose Almodoval Rivera**<br>**Jardines Del Caribe G-18**<br>**Calle Las Orquideas**<br>**Mayaguez, PR 00680** | Commercial lease agreement (monthly basis, the leasee pays $1,700 monthly to the debtor for real Property #P Rural lot of 4.689 "cdas."  in Bo. Sabaneta of Mayaguez, PR This proeprty is leased to Jose Almodoval used as a Flea Market Property #42470 Registered at Volume 1486 |

| Debtor 1 | Juan Ruiz Valentin | Case number *(if known)* | 16-06206 |

### Additional Page if You Have More Contracts or Leases

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.41 | **Jose Antonio Correa Marrero**<br>**Sonia De Leon Martinez**<br>**Rincon, PR 00677** | **Mortgage loan dated June 7, 2003 for rural lot located at ??? deed #25 for the amount of $70,000 to be paid in monthly installments in the amount of $700.00** |
| 2.42 | **Juan Carlos Davila Olmeda**<br>**Anasco, PR 00610** | **Mortgage loan dated July 19, 2002 for rural lot "Solar #23" located at Barrio Llanos Costa deed #86 for the amount of $39,000 to be paid in monthly installments in the amount of $494.04** |
| 2.43 | **Licedia Rosado Barbosa**<br>**George Daniel Alcantara Cardi**<br>**Hatillo, PR** | **Mortgage loan dated September 8, 2006 for rural lot Barrio Calvache Rincon, PR deed #51 for the amount of $200,000 to be paid in monthly installments in the amount of $1,900.14** |
| 2.44 | **Luis Manuel Ortega Santos**<br>**Aguada, PR 00602** | **Mortgage loan dated August 23, 2004 for rural lot "Solar #11" located at Barrio Llanos Costa, Cabo Rojo, PR deed #76 for the amount of $37,000.00 to be paid in monthly installments in the amount of $375.28** |
| 2.45 | **Luis Manuel Ortega Santos**<br>**Aguada, PR 00602** | **Mortgage loan dated August 23, 2004 for rural lot "Solar #11" located at Barrio Llanos Costa, Cabo Rojo, PR deed #77 for the amount of $37,000 to be paid in monthly installments in the amount of $375.28** |
| 2.46 | **Luis Medina Sanchez**<br>**Myrta Rodriguez Rodriguez**<br>**Cabo Rojo, PR 00623** | **Mortgage loan dated June 14, 2003 for rural lot "Solar #13" located at Barrio Llanos Costa, Cabo Rojo, PR deed #25 for the amount of $36,000.00 to be paid in monthly installments in the amount of $365.14** |
| 2.47 | **Lydia Esther Rivera Rodriguez**<br>**Antonio Urrutia Ruiz**<br>**Caguas, PR** | **Mortgage loan dated March 30, 2004 for rural lot "Solar #11" located at Barrio Llanos Costa, Cabo Rojo, PR deed #29 for the amount of $45,000 to be paid in monthly installments in the amount of $570.05** |
| 2.48 | **Lydia Rivera Rodriguez** | **Mortgage loan dated March 30, 2004 for rural lot "Solar #11" located at Barrio Llanos Costa, Cabo Rojo, PR deed #28 for the amount of $45,000 to be paid in monthly installments in the amount of $570.05** |
| 2.49 | **Manuel Angel Hernandez Collazo**<br>**Levitown, PR** | **Mortgage loan dated January 26, 2008 for rural lot "Solar #17" located at Barrio Llanos Costa, Cabo Rojo, PR deed #10 for the amount of $30,000 to be paid in monthly installments in the amount of $381.00** |
| 2.50 | **Manuel Angel Hernandez Collazo**<br>**Levitown, PR** | **Mortgage loan dated January 26, 2008 for rural lot "Solar #17" located at Barrio Llanos Costa Cabo Rojo, PR deed #11 for the amount of $30,000.** |
| 2.51 | **Maria Del Carmen Hernandez Bruno**<br>**Vega Baja, PR** | **Mortgage loan dated September 1, 2003 for rural lot "Solar #15" located at Barrio Llanos Costa, Cabo Rojo, PR deed #61 for the amount of $36,000.** |

Debtor 1   **Juan Ruiz  Valentin**                                         Case number *(if known)*   **16-06206**

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.52 **Miguel Santiago Espada**<br>**Florentina Mendoza Batista**<br>**Dorado, PR** | **Mortgage loan dated November 15, 2013  for rural lot "Solar #35" located at Barrio Llanos Costa, Cabo Rojo, PR  deed #51 for the amount of $40,270.64 to be paid in monthly installments in the amount of $408.45** |
| 2.53 **Miguel Santiago Espada**<br>**Florentina Mendoza Batista**<br>**Dorado, PR** | **Mortgage loan dated November 15, 2013  for rural lot "Solar #36" located at Barrio Llanos Costa, Cabo Rojo, PR  deed #52 for the amount of $39,736.00 to be paid in monthly installments in the amount of $403.03** |
| 2.54 **Mountain Union  Telcom Of Puerto Rico,SE**<br>**Rincon, PR 00667** | **Commercial lease agreement for 15 years begining October 1, 2000 for rural lot of 1,000  "metros cuadrados" (.2545 "cuerdas") located at Calvache Ward,  Rincon, PR. The debtor receives $1,500 monthly.** |
| 2.55 **Pablo Pena Robles**<br>**Catherine Medina Carrasquillo**<br>**San Lorenzo, PR** | **Mortgage loan dated November 23, 2001 for rural lot "Solar #13" located at Barrio Llanos Costa, Cabo Rojo, PR  deed #62 for the amount of $30,000 to be paid in monthly installments in the amount of $380.03** |
| 2.56 **Rafael Lopez Torres**<br>**Catalina Rodriguez Narvarez**<br>**Naranjito, PR** | **Mortgage loan dated  February 21, 2004 for rural lot "Solar #29" located at ??? deed #20 for the amount of $45,000 to be paid in monthly installments in the amount of $456.42** |
| 2.57 **Roberto Gonzalez Escobar**<br>**Yolanda Quintana Martinez**<br>**Guaynabo, PR** | **Mortgage loan dated September 24, 2004 for rural lot "Solar #13" located at Barrio Llanos Costa, Cabo Rojo, PR  deed #28 for the amount of $47,760.** |
| 2.58 **Roberto Gonzalez Escobar**<br>**Yolanda Quintana Martinez**<br>**Guaynabo, PR** | **Mortgage loan dated March 30, 2004 for rural lot "Solar #13" located at Barrio Llanos Costa, Cabo Rojo, PR  deed #88 for the amount of $47,763.58 to be paid in monthly installments in the amount of $484.45** |
| 2.59 **Rual Maldonado Gonzalez**<br>**Vega Alta, PR** | **Mortgage loan dated  October 1, 2010  for rural lot "Solar #23" located at Urb. Altos de Saman del  Barrio Llanos Costa, Cabo Rojo, PR  deed #87 for the amount of $40,000 to be paid in monthly installments in the amount of $393.80** |
| 2.60 **Sirna Elaine Mercado Cordero**<br>**San German, PR** | **Mortgage loan dated June 22, 2005 for rural lot "Solar #15" located at Barrio Llanos Costa, Cabo Rojo, PR  deed #49 for the amount of $41,000 to be paid in monthly installments in the amount of $415.85** |
| 2.61 **Sonializ Morales De Leon**<br>**Cabo Rojo, PR 00623** | **Mortgage loan dated  September 30, 2013  for rural lot "Solar #33" located at Barrio Llanos Costa, Cabo Rojo, PR  deed #25 for the amount of $45,820.00 to be paid in monthly installments in the amount of $464.74** |

Debtor 1  __Juan Ruiz  Valentin__

Case number *(if known)*  __16-06206__

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.62 **Tomas Mejias Algarin**<br>**Betzaida Garcia Portalatin**<br>**Las Piedras, PR** | **Mortgage loan dated  February 14, 2003  for rural lot "Solar #15"  located at Barrio Llanos Costa, Cabo Rojo, PR  deed #5 for the amount of $38,000 to be paid in monthly installments in the amount of $385.43** |
| 2.63 **Valentin Alvarado Alvarado**<br>**Migdalia Figueroa Martinez**<br>**Cabo Rojo, PR 00623** | **Mortgage loan dated September 10, 2001 for rural lot located at Barrio Llanos Costa deed #50 for the amount of $55,000 to be paid in monthly installments in the amount of $557.85.** |
| 2.64 **Victor Manuel Rivera Luquis**<br>**Aixa Manzano Ramos**<br>**Vega Baja, PR** | **Mortgage loan dated August 24, 2013  for rural lot "Solar #27" located at Barrio Llanos Costa, Cabo Rojo, PR  deed #?? for the amount of $45,000 to be paid in monthly installments in the amount of $570.05** |
| 2.65 **Victor Manuel Rivera Luquis**<br>**Aixa Manzano Ramos**<br>**Vega Baja, PR** | **Mortgage loan dated August 24, 2013 for rural lot "Solar #27" located at Barrio Llanos Costa, Cabo Rojo, PR  deed #108 for the amount of $45,000 to be paid in monthly installments in the amount of $570.05** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Juan Ruiz  Valentin** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO | | |
| Case number | 16-06206 | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1    **Eduardo Ruiz Valentin**<br>**And/Or Reyes Noriega Ramos**<br>**Ave. Santa Teresa Jornet 685**<br>**Mayaguez, PR 00682** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.10__<br>☐ Schedule G _____<br>**Puerto Rico Farm Credit ACA** |
| 3.2    **Gumersinda Rivera Montlavo**<br>**P/C Juan Carlos Cancio Richard**<br>**PO Box 250263**<br>**Aguadilla, PR 00604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.10__<br>☐ Schedule G _____<br>**Puerto Rico Farm Credit ACA** |
| 3.3    **Punta Oeste Developement Inc.**<br>**P/C Juan Carlos Cancio Richard**<br>**PO Box 250263**<br>**Aguadilla, PR 00604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.10__<br>☐ Schedule G _____<br>**Puerto Rico Farm Credit ACA** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Juan Ruiz  Valentin |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (If known) | 16-06206 |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income
**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | Real Estate & Hay Sales | |
| | Employer's name | Self Employed | |
| | Employer's address | | |
| | How long employed there? | | |

### Part 2:     Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ N/A |

Debtor 1  **Juan Ruiz  Valentin**

Case number (*if known*)  **16-06206**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here | | 4. | $ 0.00 | $ N/A |
| **5.** List all payroll deductions: | | | | |
| 5a. Tax, Medicare, and Social Security deductions | 5a. | | $ 0.00 | $ N/A |
| 5b. Mandatory contributions for retirement plans | 5b. | | $ 0.00 | $ N/A |
| 5c. Voluntary contributions for retirement plans | 5c. | | $ 0.00 | $ N/A |
| 5d. Required repayments of retirement fund loans | 5d. | | $ 0.00 | $ N/A |
| 5e. Insurance | 5e. | | $ 0.00 | $ N/A |
| 5f. Domestic support obligations | 5f. | | $ 0.00 | $ N/A |
| 5g. Union dues | 5g. | | $ 0.00 | $ N/A |
| 5h. Other deductions. Specify: _____ | 5h.+ | | $ 0.00 | + $ N/A |
| **6.** Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | | $ 0.00 | $ N/A |
| **7.** Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | | $ 0.00 | $ N/A |

**8.** List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | | $ 5,695.00 | $ N/A |
| 8b. **Interest and dividends** | 8b. | | $ 0.00 | $ N/A |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | | $ 0.00 | $ N/A |
| 8d. **Unemployment compensation** | 8d. | | $ 0.00 | $ N/A |
| 8e. **Social Security** | 8e. | | $ 850.00 | $ N/A |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | | $ 0.00 | $ N/A |
| 8g. **Pension or retirement income** | 8g. | | $ 0.00 | $ N/A |
| 8h. **Other monthly income. Specify:** INTEREST IN FINANCING ACTIVITIES | 8h.+ | | $ 10,000.00 | + $ N/A |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **9.** Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | | $ 16,545.00 | $ N/A |

**10.** Calculate monthly income. Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

10.  $ 16,545.00  + $ N/A  = $ 16,545.00

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____

11.  + $ 0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

12.  $ 16,545.00

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?
■ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1          **Juan Ruiz  Valentin**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number   **16-06206**
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   **Describe Your Household**

1.   **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.   **Do you have dependents?**   ■ No

   Do not list Debtor 1 and   ☐ Yes.   Fill out this information for
   Debtor 2.                              each dependent..............

   Do not state the
   dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3.   **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

**Part 2:**   **Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4.   **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.   4. $ **0.00**

   **If not included in line 4:**

   4a.   Real estate taxes                                                   4a. $ **0.00**
   4b.   Property, homeowner's, or renter's insurance                        4b. $ **0.00**
   4c.   Home maintenance, repair, and upkeep expenses                       4c. $ **50.00**
   4d.   Homeowner's association or condominium dues                         4d. $ **0.00**
5.   **Additional mortgage payments for your residence,** such as home equity loans   5. $ **0.00**

Debtor 1  **Juan Ruiz  Valentin**                    Case number (if known)   **16-06206**

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ 200.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ 80.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 200.00 |
| | 6d. | Other. Specify: | 6d. $ 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ 300.00 |
| 8. | **Childcare and children's education costs** | | 8. $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ 75.00 |
| 10. | **Personal care products and services** | | 10. $ 50.00 |
| 11. | **Medical and dental expenses** | | 11. $ 30.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ 300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ 75.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. | Life insurance | 15a. $ 0.00 |
| | 15b. | Health insurance | 15b. $ 0.00 |
| | 15c. | Vehicle insurance | 15c. $ 0.00 |
| | 15d. | Other insurance. Specify: | 15d. $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ 0.00 |
| | 17c. | Other. Specify: | 17c. $ 0.00 |
| | 17d. | Other. Specify: | 17d. $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. | Mortgages on other property | 20a. $ 0.00 |
| | 20b. | Real estate taxes | 20b. $ 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ 0.00 |
| 21. | **Other:** Specify:   **ADEQUATE PROTECTION PAYMENTS TO CREDITORS** | | 21. +$ 10,000.00 |

22. **Calculate your monthly expenses**

22a. Add lines 4 through 21.                    $ 11,360.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2                    $

22c. Add line 22a and 22b.  The result is your monthly expenses.                    $ 11,360.00

23. **Calculate your monthly net income.**

23a. Copy line 12 *(your combined monthly income)* from Schedule I.                    23a. $ 16,545.00

23b. Copy your monthly expenses from line 22c above.                    23b. -$ 11,360.00

23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.*                    23c. $ 5,185.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.     Explain here:

**Fill in this information to identify your case:**

Debtor 1        **Juan Ruiz  Valentin**
                First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number   **16-06206**
(if known)

☐ Check if this is an
  amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Juan Ruiz  Valentin**                         X _____
  **Juan Ruiz  Valentin**
  Signature of Debtor 1                                  Signature of Debtor 2

  Date   **August 25, 2016**                             Date _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Juan Ruiz  Valentin** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | **16-06206** |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy        4/16

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:     Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

    ☐ Married
    ■ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ■ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ■ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2     Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | **$209,000.00** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Juan Ruiz  Valentin**                                    Case number *(if known)*   **16-06206**

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2015 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $284,817.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business |  |
| **For the calendar year before that:**<br>(January 1 to December 31, 2014 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $198,360.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business |  |

**5.   Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐   No

■   Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **SSI Benefits** | $5,950.00 |  |  |
| **For last calendar year:**<br>(January 1 to December 31, 2015 ) | **SSI Benefits** | $10,200.00 |  |  |
| **For the calendar year before that:**<br>(January 1 to December 31, 2014 ) | **SSI Benefits** | $10,200.00 |  |  |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6.   Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■   No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

■   No.   Go to line 7.

☐   Yes   List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐   Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐   No.   Go to line 7.

☐   Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Debtor 1    **Juan Ruiz  Valentin**                                                Case number (*if known*)    **16-06206**

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Banco Popular of PR vs. Juan Ruiz Valentin ISCI2011-01706** | **Foreclosure** | **Tribunal de Primera Instancia Cebtro Jud** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Banco Santander Puerto Rico vs. Juan Ruiz Valentin ISCI2011-01253** | **Foreclosure** | **Tribunal de Primera Instancia Sala Super** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Pening** |
| **Puerto Rico Farm Credit, ACA vs. Juan Ruiz Valentin 13-cv-011791-SEC** | **Money Collection and Foreclosure** | **United States District for Puerto Rico o** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Bayview Loan Servicing vs. Juan Ruiz Valentin ACD-2011-0114** | **Foreclosure** | **Tribunal de Primera Instancia Sala de Ag** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Judgment entered** |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

   ☐ No. Go to line 11.
   ■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

| Debtor 1 | Juan Ruiz Valentin | | Case number *(if known)* | 16-06206 |
|---|---|---|---|---|

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **CRIM**<br>PO Box 195387<br>San Juan, PR 00919-5807 | BPPR Account #206-317449 ($9,137.10)<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 5/20/2014 | $9,137.10 |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | Juan Ruiz Valentin | Case number *(if known)* | 16-06206 |

---

| **Part 7:** | **List Certain Payments or Transfers** |

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Gloria Justiniano Irizarry<br>Calle A. Ramirez Silva #8<br>Ensanche Martinez<br>Mayaguez, PR 00680 | Attorney Fees $4,000 was received for retainer from the debtor | 8/4/2016 | $4,000.00 |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Aguadilla Cinema Corp.<br>See Exhibit A<br><br>none | Real properties located at Caimital ard #3255 & Property #3313 Aguadilla, PR $1,462,500. Bayview received $1,129891.09. | | February 27, 2013 |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

Debtor 1　**Juan Ruiz Valentin**　　　　　　　　　　Case number *(if known)*　**16-06206**

---

**Part 8:**　List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

   ■ No
   ☐ Yes. Fill in the details.

| Name of Financial Institution and Address *(Number, Street, City, State and ZIP Code)* | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

   ■ No
   ☐ Yes. Fill in the details.

| Name of Financial Institution Address *(Number, Street, City, State and ZIP Code)* | Who else had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

   ■ No
   ☐ Yes. Fill in the details.

| Name of Storage Facility Address *(Number, Street, City, State and ZIP Code)* | Who else has or had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**　Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

   ■ No
   ☐ Yes. Fill in the details.

| Owner's Name Address *(Number, Street, City, State and ZIP Code)* | Where is the property? *(Number, Street, City, State and ZIP Code)* | Describe the property | Value |
|---|---|---|---|

**Part 10:**　Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

   ■ No
   ☐ Yes. Fill in the details.

| Name of site Address *(Number, Street, City, State and ZIP Code)* | Governmental unit Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Debtor 1   **Juan Ruiz  Valentin**                                       Case number (*if known*)   **16-06206**

---

**25.** **Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26.** **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

**27.** **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

■ No. None of the above applies.  Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**28.** **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Juan Ruiz  Valentin** _____          _____
**Juan Ruiz  Valentin**                                               **Signature of Debtor 2**
**Signature of Debtor 1**

Date   **August 25, 2016** _____          Date   _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
☐ No
■ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

*Exhibit B*

# Mr. Juan Ruiz Valentin
Statement of Income and Expenses
For the seven months period ended on July 31, 2016

**INCOME FROM SERVICES & SALES**
| | |
|---|---:|
| * Capital Gain on Sales | $0 |
| * Interest of Financing Activities | $20,872 |
| * Exempt Dividends | $1,885 |
| * Rent Income-Antenna | $28,413 |
| * Bale of Hey Sales | $146,159 |
| * Rent Income-Pulguero | $11,900 |
| * Social Security | $5,956 |

**TOTAL INCOME FROM SERVICES & SALES**      $215,185

**OPERATIONAL EXPENSES**
| | |
|---|---:|
| * Salaries | $31,581 |
| * Payroll Expense | $3,932 |
| * Subcontracting | $96,250 |
| * Taxes, Licences, & Patents | $19,368 |
| * Insurance | $3,095 |
| * Rent | $7,000 |
| * Utilities | $4,219 |
| * Auto Expense | $3,861 |
| * Repair | $1,431 |
| * Interest | $5,393 |
| * Other Expenses | $540 |

**TOTAL EXPENSES**      $176,670

**NET INCOME FROM OPERATIONS**      **$38,515**

The accompanying notes are an integral part of these statements.

-2-

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1    **Juan Ruiz  Valentin** | |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the:   District of Puerto Rico | |
| Case number    **16-06206** (if known) | ☐ Check if this is an amended filing |

## Official Form 122B
## Chapter 11 Statement of Your Current Monthly Income

12/15

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known).

**Part 1:    Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

    ■ **Not married**. Fill out Column A, lines 2-11.

    ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ |

| 5. **Net income from operating a business, profession, or farm** | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 30,000.00 | | |
| Ordinary and necessary operating expenses | -$ | 17,868.00 | | |
| Net monthly income from a business, profession, or farm | $ | 12,132.00 | **Copy here ->** $ 12,132.00 | $ |

| 6. **Net income from rental and other real property** | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 2,827.00 | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | |
| Net monthly income from rental or other real property | $ | 2,827.00 | **Copy here ->** $ 2,827.00 | $ |

| Debtor 1 | **Juan Ruiz Valentin** | Case number (*if known*) | **16-06206** |
|---|---|---|---|

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ |
| 8. **Unemployment compensation** | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| For you | $ | 0.00 |
|---|---|---|
| For your spouse | $ | |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.

| | $ 0.00 | $ |
|---|---|---|

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.

If necessary, list other sources on a separate page and put the total below.

| | $ | $ |
|---|---|---|
| | $ 0.00 | $ |
| Total amounts from separate pages, if any. | + $ 0.00 | $ |

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

$ **14,959.00** + $ _____ = $ **14,959.00**

Debtor 1   **Juan Ruiz  Valentin**

Case number (*if known*)   **16-06206**

---

| Part 2: | **Sign Below** |

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X**  **/s/ Juan Ruiz  Valentin**

**Juan Ruiz  Valentin**
Signature of Debtor 1

Date   **August 25, 2016**
MM / DD  / YYYY

---

Debtor 1   **Juan Ruiz  Valentin** _____   Case number (*if known*)   **16-06206** _____

## Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **02/01/2016** to **07/31/2016**.

**Line 5 - Income from operation of a business, profession, or farm**
Source of Income: **INTERST IN FINANCING ACTIVITIES**
Constant income of  __10,000.00__  per month.
Constant expense of  __0.00__  per month.
Net Income  __10,000.00__  per month.
Remarks:
**Income from the operation of a business, profession, or farm**
**Paid 6 times $6,067.00 Income - $0.00 Expense**

**Line 5 - Income from operation of a business, profession, or farm**
Source of Income: **Sale of Hay**
Constant income of  __20,000.00__  per month.
Constant expense of  __17,868.00__  per month.
Net Income  __2,132.00__  per month.
Remarks:
**Paid 6 times $19,106.00 Income - $7,424.00 Expense**

**Line 6 - Rent and other real property income**
Source of Income: **Rent**
Constant income of  __2,827.00__  per month.
Constant expense of  __0.00__  per month.
Net Income  __2,827.00__  per month.
Remarks:
**Paid 6 times $2,827.00 Income - $0.00 Expense**

JUAN RUIZ VALENTIN
PO BOX 367
RINCON, PR 00677

BANCO SANTANDER OF PUERTO RICO
PO BOX 362589
SAN JUAN, PR 00936-2589

CARMEN GOITIA MICHEO
GUAYNABO, PR

GLORIA JUSTINIANO IRIZARRY
CALLE A. RAMIREZ SILVA #8
ENSANCHE MARTINEZ
MAYAGUEZ, PR 00680

BANCO SANTANDER OF PUERTO RICO
PO BOX 362589
SAN JUAN, PR 00936-2589

CARMEN LYDIA SANTOS GARCI
TOA BAJA, PR

AAA
PO BOX 70101
SAN JUAN, PR 00936

BLANCA IRIS RIVERA RUIZ
TERESA QUINTERO MARTINEZ
VEGA ALTA, PR

CARMEN LYDIA SANTOS GARCI
TOA BAJA, PR

ABEL HERNANDEZ SIERRA
AIDA MARIA LEBRON SANTANA
LAS PIEDRAS, PR

BLANCA IRIS RIVERA RUIZ
TERESA QUINTERO MARTINEZ
VEGA ALTA, PR

COOP. A/C RINCON
PO BOX 608
RINCON, PR 00677

ANTONIO J. SANTOS
PIETRANTONI, MENDEZ ALVAREZ, LLP
BANCO POPULAR CENTER SUITE 1901
SAN JUAN, PR 00918

BORIKEN DIGGERS & TRACTOR PARTS
PO BOX 983
HORMIGUEROS, PR 00660

COOP. A/C RINCON
PO BOX 608
RINCON, PR 00677

ANTONIO MARTINEZ LAGO
DAISY IVETTE RIOS RAMOS
MIAMI, FL

CARLOS ALBERTO CRUZ DE LEON
GLORIMAR VELEZ LOPEZ
AGUADA, PR 00610

COOP. A/C RINCON
PO BOX 608
RINCON, PR 00677

ARMANDO LOPEZ RIVERA
ROSA MALDONADO PEREZ
ISLA VERDA, PR

CARLOS ALBERTO CRUZ LEON
GLORIMAR VELEZ LOPEZ
AGUADA, PR 00610

COOP. A/C RINCON
PO BOX 608
RINCON, PR 00677

BANCO POPULAR DE PUERTO RICO
PO BOX 362708
SAN JUAN, PR 00936-2708

CARLOS RODRIGUEZ CAMACHO
AMARILYS ACEVEDO MORENO
PO BOX 13230
SAN JUAN, PR 00908

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5807

BANCO POPULAR DE PUERTO RICO
PO BOX 362708
SAN JUAN, PR 00936-2708

CARMEN DEL CARMEN HERNANDEZ BROWN
VEGA BAJA, PR

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5807

| | | |
|---|---|---|
| DANIEL ANTONIO MARTINEZ LAGO<br>DAISY IVETTE RIOS RAMOS<br>MIAMI, FL | FELIX JAVIER TORRES GONZALEZ<br>LLIANY TORRES GONZALEZ<br>CAGUAS, PR | IRS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 |
| DANIEL ANTONIO MARTINEZ LAGO<br>DAISY IVETTE RIOS RAMOS<br>MIAMI, FL | FELIX JAVIER TORRES GONZALEZ<br>ILIANY TORRRES GONZALEZ<br>CAGUAS, PR | IVAN ROSADO ADORNO<br>VEGA ALTA, PR |
| DANIEL ANTONIO MARTINEZ LAGO<br>DAISY IVETTE RIOS RAMOS<br>MIAMI, FL | GABRIEL ESTERES RAMOS<br>VIRGINIA RUSSY CINTRON<br>CAGUAS, PR 00725 | IVAN ROSADO ADORNO<br>VEGA ALTA, PR |
| DANIEL MARTINE LAGO<br>DAISY IVETTTE RIOS RAMOS<br>MIAMI, FL | GHUAS US BURNEY<br>CARMEN ELISA DIAZ OLMEDA<br>BRONSVILLE, NY 10002 | JANET CRUZ DE ARMAS<br>SAN JUAN, PR 00919 |
| DOMINGO FELIX TORRES<br>MINERVA SANTANA FRAGOSO<br>SAN JUAN, PR | GLORIVER COLON LUGO<br>RINCON, PR 00667 | JANET CRUZ DE ARMAS<br>SAN JUAN, PR 00936 |
| ENRIQUE NASSAR RIZEK   ASSOC.&<br>PO BOX 191017<br>SAN JUAN, PR 00919-1017 | GLORIVER COLON LUGO<br>RINCON, PR 00677 | JORGE QUINONES FLLORES<br>HIDEGAR CENTENO DIAZ<br>CAGUAS, PR |
| EVA ACOSTA ACOSTA<br>RINCON, PR 00677 | HECTOR LUIS ALEJANDRO COLON<br>RINCO, PR 00677 | JORGE QUINONES FLLORES<br>HIDEGAR CENTENO DIAZ<br>CAGUAS, PR |
| FELIX IRIZARRY ORTIZ<br>VANESSA IVETTE RODRIGUEZ VILLOT<br>PONCE, PR 00716 | HECTOR ULPIANO GARCIA BERRIOS<br>BAYAMON, PR | JOSE A. MELENDEZ TIRADO<br>MARIA DE LOS ANGELES COTTOH<br>CAGUAS, PR 00725 |
| FELIX IRIZARRY ORTIZ<br>VANESSA IVETTE RODRIGUEZ VILLOT<br>AGUADA, PR 00602 | IRA YOUNG RICE OTT<br>MILAGROS E. RODRIGUEZ MALDONADO<br>WA | JOSE ADRIAN RODRIGUEZ CRES<br>CARMEN SOCORRO FIGUEROA<br>CAGUAS, PR |

JOSE ADRIAN RODRIGUEZ CRESPO
CARMEN SOCORRO FIGUEROA ROSA
CAGUAS, PR

LUIS MEDINA SANCHEZ
MYRTA RODRIGUEZ RODRIGUEZ
CABO ROJO, PR 00623

MIGUEL SANTIAGO ESPADA
FLORENTINA MENDOZA BATISTA
DORADO, PR

JOSE ALBERTO MELENDEZ TIRADO
MARIA DE LOS ANGELES COTTO HERNANDEZ
CAGUAS, PR 00725

LUIS ROBERTO SANTOS BAEZ
PO BOX 1809
MAYAGUEZ, PR 00681

MOUNTAIN UNION   TELCOM OF PR
RINCON, PR 00667

JOSE ALFONSO PAGAN BARBOSA
EDITH MARITZA RODRIGUEZ ROLON
VEGA BAJA, PR

LYDIA ESTHER RIVERA RODRIGUEZ
ANTONIO URRUTIA RUIZ
CAGUAS, PR

O'NEILL & BORGES,LLC
250 MUNOZ RIVERA AVE. SUITE 800
SAN JUAN, PR 00918-1813

JOSE ALMODOVAL RIVERA
JARDINES DEL CARIBE G-18
CALLE LAS ORQUIDEAS
MAYAGUEZ, PR 00680

LYDIA RIVERA RODRIGUEZ

ORIENTAL BANK
PO BOX 195115
SAN JUAN, PR 00919-5115

JOSE ANTONIO CORREA MARRERO
SONIA DE LEON MARTINEZ
RINCON, PR 00677

MANUEL ANGEL HERNANDEZ COLLAZO
LEVITOWN, PR

ORIENTAL BANK
PO BOX 195115
SAN JUAN, PR 00919-5115

JUAN CARLOS DAVILA OLMEDA
ANASCO, PR 00610

MANUEL ANGEL HERNANDEZ COLLAZO
LEVITOWN, PR

ORIENTAL BANK
997 SAN ROBERTO ST.
SAN JUAN, PR 00926

LICEDIA ROSADO BARBOSA
GEORGE DANIEL ALCANTARA CARDI
HATILLO, PR

MANUEL DE JESUS RAMOS RAMOS
APARTADO 942
AGUADA, PR 00602

PABLO PENA ROBLES
CATHERINE MEDINA CARRASQU
SAN LORENZO, PR

LUIS  MANUEL ORTEGA SANTOS
AGUADA, PR 00602

MARIA DEL CARMEN HERNANDEZ BRUNO
VEGA BAJA, PR

PARRA, DEL VALLE & LIMERES
PO BOX 331429
PONCE, PR 00733-1429

LUIS MANUEL ORTEGA SANTOS
AGUADA, PR 00602

MIGUEL SANTIAGO ESPADA
FLORENTINA MENDOZA BATISTA
DORADO, PR

PARRA, DEL VALLE & LIMERES
PO BOX 331429
PONCE, PR 00733-1429

PR ASSET PORTFOLIO 2013-1 INT. LLC
270 MUNOZ RIVERA AVE SUITE 201
SAN JUAN, PR 00918

SERGIO RAMIREZ DE ARRELLANO, ESQ.
209 MUNOZ RIVERA AVE
BANCO POPULAR CENTER SUITE 1022
SAN JUAN, PR 00918-1009

VICTOR MANUEL RIVERA LUQUIS
AIXA MANZANO RAMOS
VEGA BAJA, PR


PR ASSET PORTFOLIO 2013-1 INT. LLC
270 MUNOZ RIVERA AVE SUITE 201
SAN JUAN, PR 00918

SERGIO RAMIREZ DE ARRELLANO, ESQ.
209 MUNOZ RIVERA AVE
BANCO POPULAR CENTER SUITE 1022
SAN JUAN, PR 00918-1009


PUERTO RICO ASSET PORTFOLIO 2013-1
270 AVE . MUNOZ RIVERA STE. 201
INTERNATIONAL (PRAPI)
SAN JUAN, PR 00918-1009

SIRNA ELAINE MERCADO CORDERO
SAN GERMAN, PR


PUERTO RICO ASSET PORTFOLIO 2013-1
270 AVE . MUNOZ RIVERA STE. 201
INTERNATIONAL (PRAPI)
SAN JUAN, PR 00918-1009

SONIALIZ MORALES DE LEON
CABO ROJO, PR 00623


PUERTO RICO FARM CREDIT ACA
PO BOX 363649
SAN JUAN, PR 00936-3649

STATE INSURANCE FUND
PO BOX 365028
SAN JUAN, PR 00936-5028


RAFAEL LOPEZ TORRES
CATALINA RODRIGUEZ NARVAREZ
NARANJITO, PR

TOMAS MEJIAS ALGARIN
BETZAIDA GARCIA PORTALATIN
LAS PIEDRAS, PR


ROBERTO GONZALEZ ESCOBAR
YOLANDA QUINTANA MARTINEZ
GUAYNABO, PR

TREASURY DEPARTMENT
PO BOX 9022501
SAN JUAN, PR 00902


ROBERTO GONZALEZ ESCOBAR
YOLANDA QUINTANA MARTINEZ
GUAYNABO, PR

VALENTIN ALVARADO ALVARADO
MIGDALIA FIGUEROA MARTINEZ
CABO ROJO, PR 00623


RUAL MALDONADO GONZALEZ
VEGA ALTA, PR

VICTOR MANUEL RIVERA LUQUIS
AIXA MANZANO RAMOS
VEGA BAJA, PR

# United States Bankruptcy Court
## District of Puerto Rico

In re   **Juan Ruiz  Valentin**

Debtor(s)

Case No.   **16-06206**

Chapter   **11**

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

| | | |
|---|---|---|
| 1. Gross Income For 12 Months Prior to Filing: | $ | 0.00 |

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

| | | |
|---|---|---|
| 2. Gross Monthly Income | $ | 20,000.00 |

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | | |
|---|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ | 4,500.00 |
| 4. Payroll Taxes | | 600.00 |
| 5. Unemployment Taxes | | 0.00 |
| 6. Worker's Compensation | | 0.00 |
| 7. Other Taxes | | 0.00 |
| 8. Inventory Purchases (Including raw materials) | | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | 500.00 |
| 10. Rent (Other than debtor's principal residence) | | 0.00 |
| 11. Utilities | | 500.00 |
| 12. Office Expenses and Supplies | | 200.00 |
| 13. Repairs and Maintenance | | 200.00 |
| 14. Vehicle Expenses | | 0.00 |
| 15. Travel and Entertainment | | 0.00 |
| 16. Equipment Rental and Leases | | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | | 200.00 |
| 18. Insurance | | 500.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **SUBCONTRACTING LABOR & MACHINERY** | **7,000.00** |
| **TAXES & LICENSE** | **2,500.00** |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **Property Taxes** | **374.00** |
| **Payments To Creditors** | **794.00** |

| | | |
|---|---|---|
| 22. Total Monthly Expenses (Add items 3-21) | $ | 17,868.00 |

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

| | | |
|---|---|---|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ | 2,132.00 |